IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE, § | |
| NATHAN FULLER § | CASE NO. 24-34773 |
| § | CHAPTER 7 |
| Debtor | |

## DEBTOR'S RESPONSES TO MOTION FOR RELIEF OF STAY
## (ECF NO. 13)

## TO THE HONORABLE BANKRUPTCY JUDGE:

COMES NOW, NATHAN FULLER, Debtor, files this Response to F2 Equities LLC, Canei Capital Group LLC, and JK Capital Partners LLC's Motion for Relief of Stay and shows:

1. Paragraph 1 of the Motion contains a general statement regarding the relief sought and allegations of facts in a state action for which debtor denies. For that reason, Debtor denies paragraph 1 as it states facts that are alleged by movants.

2. Paragraph 2 of the Motion contains a general statement regarding allegations of facts in a state action for which debtor denies. For that reason, Debtor denies paragraph 2 as it states facts that are alleged by movants.

3. Paragraph 3 of the Motion contains a general statement regarding the state action in appointment a Temporary Receiver in a state action which debtor admits. In addition, the Motion contains alleged facts and actions taken by debtor, for that reason, debtor denies paragraph 3 with respect to these alleged facts.

4. Paragraph 4 of the Motion contains statements of alleged facts in state court and actions in the filing of relief under Chapter 7 of the Bankruptcy Code. Debtor denies the alleged facts as stated in paragraph 4, but admit to the filing of relief under the Bankruptcy Code.

5.   Paragraph 5 of the Motion contains a general statement of jurisdiction of this court that the debtor admits.  Debtor denies the remaining allegations in Paragraph 5 as it related to movants' general statements of facts.

6.   Debtor denies paragraph 6 with the respect to the alleged facts as stated therein. Debtor's filing for relief under chapter 7 is intended for the purposes of such actions taken by Movants for which Debtor is seeking relief under the Bankruptcy Code.

7.   Debtor denies paragraph 7 with the respect to the alleged facts as stated therein. Debtor's filing for relief under chapter 7 is intended for the purposes of such actions taken by Movants for which Debtor is seeking relief under the Bankruptcy Code.

8.   Paragraph 8 contains a general statement of arguments for the Motion.  Debtor denies paragraph 8 in its entirety, and ask this court for relief intended to protect the debtor from such harassment that he is seeking under the Bankruptcy Code.

9.   Paragraph 9 contains statements and arguments alleged by Movants that Debtor denies in its entirety as in accurate with the applicable arguments.  The state actions are not criminal matters that are subject to continuation of the proceeding in state court, but a civil matter for which this court has jurisdiction for relief to protect debtor from further harassment by such actions as alleged by Movants.

10.   Paragraph 10 contains arguments for granting the relief sought by Movants for which Debtor denies.  Movants' interests and other creditors' interests are protected under Chapter 7 relief for which the entire bankruptcy estate is under the purview of the Chapter 7 Bankruptcy Trustee.

**WHEREFORE, PREMISES CONSIDERED**, Debtor asks the Court to deny the relief sought under the Motion and grant continuation of the automatic stay protection afford to the debtor from further harassment under this filing.  Debtor prays for general relief.

Respectfully submitted,

**PHAM & BUI, PLLC..**
9999 Bellaire Blvd., Suite 1122
Houston, Texas 77036
Tel:  713-783-2466
Email:  sbui@buinhanlaw.com

_____/s/  Scott K. Bui_____
Scott K. Bui,
Attorney-in-Charge
State Bar No.: 00789185
ATTORNEY FOR NATHAN FULLER, DEBTOR

**CERTIFICATE OF SERVICE**

"I hereby certify that on this 14th day of November, 2024 a true and correct copy of the above and foregoing document was served by EM/ECF electronic system to all parties and attorney of records.

/s/  Scott K. Bui
Scott K. Bui,
Attorney for Debtor