**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **NATHAN FULLER,** | § | **CASE NO. 24-34773 (JPN)** |
| | § | |
| **Debtor.** | § | **CHAPTER 7** |
| | § | |

**TRUSTEE'S EMERGENCY MOTION FOR AUTHORITY TO EXERCISE DEBTOR'S RIGHTS AS SOLE MEMBER OF PRIVVY INVESTMENTS, LLC**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**EMERGENCY RELIEF HAS BEEN REQUESTED. IF THE COURT CONSIDERS THE MOTION ON AN EMERGENCY BASIS, THEN YOU WILL HAVE LESS THAN 21 DAYS TO ANSWER. IF YOU OBJECT TO THE REQUESTED RELIEF OR IF YOU BELIEVE THAT THE EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU SHOULD FILE AN IMMEDIATE RESPONSE.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**RELIEF IS REQUESTED NO LATER THAN NOVEMBER 15, 2024.**

**TO THE HONORABLE JEFFREY P. NORMAN,**
**UNITED STATES BANKRUPTCY JUDGE:**

Ronald J. Sommers, chapter 7 trustee (the "Trustee") for the estate of Nathan Fuller (the "Debtor"), files this *Emergency Motion for Authority to Exercise Debtor's Rights as Sole Member of Privvy Investments, LLC* (the "Motion") and respectfully shows the Court as follows:

**Summary of the Motion**

1. The Trustee requests authority to file a chapter 7 bankruptcy petition on behalf of *Privvy Investments, LLC* ("Privvy"), a single-member LLC of which the Debtor is the sole member and the estate owns 100% of the membership interests in Privvy. After filing the chapter 7 petition for Privvy, the Trustee intends to move to have that case jointly administered with this case.

**Basis for Emergency Relief**

2. The Debtor's schedules list many assets that were seized by a state court-appointed receiver just days prior to the filing of this case. The defendants in that state court action include both Privvy and the Debtor.

3. Based on conversations with the Debtor, the Trustee believes that certain cryptocurrency and other personal property (the "Assets") seized by the receiver may be property of Privvy even though the Debtor scheduled the Assets as his personal property. The petition date was October 10, 2024. More than a month has passed, and the receiver has not complied with his obligations under 11 U.S.C. § 543 and Rule 6002 to file an accounting and turn over property of the estate to the Trustee.

4. The Trustee seeks emergency consideration of this Motion so that he may, after filing the chapter 7 case for Privvy, file an emergency motion to compel the receiver to turn over all the Assets to the Trustee. The relief sought in this Motion, and the filing of a chapter 7 case

for Privvy, will moot any dispute about whether the Assets in the receiver's possession are property of the estate and subject to turnover.

5. The Trustee requests emergency consideration of this Motion so that he may file a chapter 7 bankruptcy petition on behalf of Privvy to exercise managerial control over Privvy and its Assets for the benefit of all creditors.

6. Relief is requested on or before November 15, 2024 because the plaintiffs in the State Court Case (discussed below) have filed a motion for relief from the stay to allow that proceeding to go forward including the administration of the receivership which this Court is set to hear on November 20, 2024. Allowing the receivership case to continue would benefit only the plaintiffs in that case and would prejudice the rights of all other creditors of Privvy and the Debtor to pro rata distribution of assets.

**Background**

7. On July 12, 2024, a temporary injunction was entered against Privvy and the Debtor, among other defendants, in the District Court of the 134th Judicial District, Dallas County, Texas [Case No. DC-24-08435] (the "State Court Case").

8. Among other things, the plaintiffs in the State Court Case allege that (i) the Debtor is the owner of Privvy, (ii) they had an agreement with Privy to invest funds in crypto currency, and (iii) the Debtor operated Privvy as a fraudulent scheme and transferred funds out of Privvy to and for his personal benefit.

9. On October 3, 2024, prior to the entry of a judgment or determination of Privvy's or the Debtor's liability to the plaintiffs, a receiver was appointed in the State Court Case.

10. On October 8, 2024, the receiver executed a writ of entry at the Debtor's residence and seized personal property which remains in the receiver's possession.

11. On October 10, 2024, the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code. The Trustee is the duly appointed chapter 7 trustee in this case.

12. As of the Petition Date, the Debtor owned 100% of the membership interests in Privvy and was the sole member and manager of Privvy.

13. The Debtor scheduled an ownership interest in Privvy Technologies, an automated trading software owned by Privvy, as an asset of the estate. *See* Docket. No. 7 at 14. The Debtor valued the asset at $1,500,000.

14. According to the Debtor's schedules, the Receiver took possession of a cryptocurrency wallet belonging to the Debtor, with an estimated total value of $154,000,000. The Debtor valued his interest in that cryptocurrency as 10% of its total value. *See* Docket No. 7 at 13.

15. In addition to the plaintiffs, the Debtor scheduled debts to numerous other individuals who invested with Privvy and the Debtor claims they each have an interest in the cryptocurrency in the possession of the receiver.

16. The Debtor scheduled other assets as being in the receiver's possession including an iPhone, computers and servers.

**Jurisdiction and Venue**

17. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and/or (M) and arises in and/or under Title 11. The statutory predicate for the relief sought herein is 11 U.S.C. §§ 105 and 541.

18. Venue is proper under 28 U.S.C. §§ 1408 and/or 1409.

19. This Court has constitutional authority to enter a final order regarding this matter.

**Requested Relief**

20. Privvy is not conducting any business. According to the Debtor, the Assets would satisfy the claims of its unsecured creditors who are the same unsecured creditors that are listed in the Debtor's schedules in this case. The Chapter 7 Trustee believes it is necessary and appropriate for Privvy to seek chapter 7 bankruptcy relief.

21. The filing of a chapter 7 petition for Privvy will be immediately followed by a motion to jointly administer that estate with the estate in this case and a motion to compel the receiver to file an inventory and turn over the Assets to the Trustee pursuant to Section 543. Once Privvy is a debtor, there can be no dispute over whether the assets in the receiver's possession are property of the Debtor or property of Privvy because, in either instance, they will be property of a bankruptcy estate and subject to turnover.

22. As this Court is aware, a chapter 7 trustee's power to recover property of a chapter 7 estate are broad. The recovery, administration, and distribution of proceeds from the sale of Privvy's Assets to its creditors, under the auspices of the Bankruptcy Code, is in the best interest of all Privvy's creditors rather than the limited creditors who are plaintiffs in the State Court Case.

23. In furtherance of the foregoing, the Chapter 7 Trustee requests authorization from the Court to execute the Statement of Unanimous Written Consent and Resolution by Members attached as Exhibit A to the proposed order, which will authorize the Chapter 7 Trustee's filing of a chapter 7 petition for relief for Privvy Investments, LLC.

24. The Chapter 7 Trustee further requests the Court enter an order substantially in the form attached hereto and that the Court grant such other relief as is just.

**Basis for Relief**

25. Pursuant to the Texas Business Organizations Code, a membership interest in a limited liability company is considered personal property. *See Sohani v. Sunesara*, 546 S.W.3d 393, 403–04 (Tex. App.—Houston [1st Dist.] 2018, no pet.) (finding that Tex. Bus. Orgs. Code section 101.106(a) provides membership interest in limited liability company").

26. Numerous bankruptcy courts have held that "where a debtor has a membership interest in a single-member LLC and files a petition for bankruptcy under Chapter 7, the Chapter 7 trustee succeeds to all of the debtor's rights, including the right to control that entity, and a trustee need not take any further action to comply with state law before exercising such control." *In re Cleveland*, 519 B.R. 304, 306–07 (D. Nev. 2014); *see also In re First Protection, Inc.*, 440 B.R. 821, 830 (9th Cir. BAP 2010); *In re B & M Land & Livestock, LLC*, 498 B.R. 262, 267 (Bankr.D.Nev.2013); *In re Albright*, 291 B.R. 538, 541 (Bankr. D. Colo. 2003); *In re Modanlo*, 412 B.R. 715, 727 (Bankr. D. Md. 2006), *subsequently aff'd*, 226 F. App'x 272 (4th Cir. 2008). Within the Fifth Circuit, at least one bankruptcy court reached a similar conclusion in *In re Fontenot*, where the court found that the rights of the chapter 7 trustee included all governance of the debtor's wholly owned company, including decisions regarding liquidation of the entity's assets. *Asbach v. Fontenot (In re Fontenot)*, 2023 Bankr. LEXIS 1099, *14 (Bankr. W.D. La. 2023).[1]

27. Here, because the Debtor was the sole member and manager of the LLC at the time he filed bankruptcy, the Chapter 7 Trustee now succeeds to all of the Debtor's rights, including the right to control all governance of Privvy. In other words, the Chapter 7 Trustee is

---

[1] *See also* 9 Susan Kalinka, *Limited Liability Companies and Partnerships: A Guide to Business and Tax Planning*, Louisiana Civil Law Treatise Section 1.44 (2006) (concerning multi-member LLC's but pointing out that there "is no reason to prohibit a trustee in bankruptcy from assuming all of the rights and obligations of a debtor who is the only member of a single-member LLC. In that case, there are no non-debtor members whose interests could be harmed by the operation of the LLC by a trustee or debtor in possession.").

not a mere assignee, but steps into the Debtor's shoes as to all rights, including the rights to control Privvy.

28. A trustee can file a chapter 7 petition for a company that is not currently in bankruptcy if the trustee has been granted the authority to manage the LLC. *See Harkey v. Grobstein (In re Point Ctr. Fin, Inc.)*, 957 F.3d 990 (9th Cir. 2020). There, the court authorized the chapter 7 trustee to exercise management rights over an LLC, even if the operating agreement was executory and deemed rejected. *See id*. This indicated that a trustee, acting on behalf of the bankruptcy estate, can manage the LLC and make decisions, including filing for bankruptcy, to benefit the estate. *See id.*

29. Accordingly, the Chapter 7 Trustee respectfully requests that the Court grant him the authority to exercise managerial rights over Privvy Investments, LLC, including the right to file a chapter 7 petition on behalf of Privvy Investments, LLC.

30. The Chapter 7 Trustee further requests that he be authorized to execute the Statement of Unanimous Consent Written Consent and Resolution by Members attached as Exhibit A to the proposed order, as well as any other documents necessary to accomplish the resolutions contained herein, so as to, among other things addressed therein, authorize the Chapter 7 Trustee's filing of a chapter 7 petition for relief for Privvy Investments, LLC.

WHEREFORE based on the foregoing, the Chapter 7 Trustee requests all relief set forth herein and for such other and further relief to which he may show himself entitled.

**Dated: November 9, 2024.**

Respectfully submitted,

**PORTER HEDGES LLP**

By: */s/ Aaron J. Power*
Aaron J. Power
State Bar No. 24058058
Grecia V. Sarda
State Bar No. 24132092
1000 Main Street, 36th Floor
Houston, Texas 77002
(713) 226-6000
(713) 228-1331 (fax)

*Proposed Counsel for the Trustee*

**CERTIFICATE OF SERVICE**

I hereby certify that this instrument was served by electronic transmission to all registered ECF users appearing in the case and by first-class mail to the parties listed on the attached service list on November 9, 2024.

*/s/ Aaron J. Power*
Aaron J. Power

Label Matrix for local noticing
0541-4
Case 24-34773
Southern District of Texas
Houston
Sat Nov 9 15:33:44 CST 2024

Canei Capital Group LLC
12505 MEMORIAL DR STE 330
Houston, TX 77024-6051

Conn Appliances, Inc.
c/o Becket and Lee LLP
PO Box 3002
Malvern, PA 19355-0702

JK Capital Partners, LLC
4200 RESEARCH FOREST DR SUITE 300
The Woodlands, TX 77381-4567

4
United States Bankruptcy Court
PO Box 61010
Houston, TX 77208-1010

Aaron Garcia
11211 Rousseau Dr
Houston, TX 77065-2027

Alfredo Morales
2652 Bad Rock Cir
Henderson, NV 89052-1000

Allied Express
1111 Witte Rd
Houston, TX 77055-6018

Amanda Thomas
4127 Monticello Terrace Ln
Katy, TX 77449-1886

Andrew Franck
9302 Bauer Oaks Drive
Houston, TX 77095-7206

Andrew Jimenez
705 North Minnesota Road
Austin, TX 78754

Anthony Tucker
16919 Kilwinning Dr
Houston, TX 77084-1841

Antonios Fiotakis
256 Dallas Road North
North Brunswick, NJ 08902-3114

Artur Nazaryan
8213 Boseck Dr
Las Vegas, NV 89145-2421

Ashleigh Fisher
1948 Day Break Dr
Lancaster, TX 75146-4950

Ashley Floyd
1620 Upland Lks
Houston, TX 77043-4734

Ashley Fuller
15518 Kerrville Ct
Cypress, TX 77429-6092

Ashley Walker
13102 Grantham Ridge Ct
Rosharon, TX 77583-2593

Automation Syndication
5900 Balcones Dr Ste #100
Austin, TX 78731-4298

Beatriz Benitez
18211 Hayden Lakes Dr
Cypress, TX 77429-6671

Belinda Smith
1510 Biltmore Way
Saint Peters, MO 63376-2390

Benjamin Jordan Toala
10795 SE Leopard Ln
Damascus, OR 97089-5672

Beth Clark
24802 Brattle Dr
Katy, TX 77494-1818

Brandon Reid
519 Somerville Ave #177
Somerville, MA 02143-3347

Brian Huston
6779 County Road 302
Navasota, TX 77868-6170

Briana Gomez
28050 Trade Winds Ct
Rosharon, TX 77583-5070

Bruce Walker
603 N Pine St # A
Rosharon, TX 77583-3338

Bryan Watthuber
6008 GlenCove Unit #C
Houston, TX 77007-7008

Bryan Zascavage
61 SE 11th St
Pompano Beach, FL 33060-8831

CJ Hixon
12802 Azalea Creek Trl
Houston, TX 77065-3209

Canei Capital Group LLC
11807 Westheimer Rd #550-427
Houston, TX 77077-6789

Carla Tamper
10568 Highway 7 W
Marquez, TX 77865-4554

Carrie Parish
14130 Eventide Dr
Cypress, TX 77429-2538

Celeste Bianchi
618 Beverly Arbor Ave
Las Vegas, NV 89183-6241

Chad Schwartz
28618 Cabrera Hill Ln
Katy, TX 77494-4109

Chameira Salcedo
4000 W 34th St Apt 24
Houston, TX 77092-6917

Chase Clark
24938 Lakecrest Glen Dr
Katy, TX 77493-4012

Chase Schwartz
20511 S Blue Hyacinth Dr
Cypress, TX 77433-6697

Chi Ngyuen
5035 Aspen Orchard Dr
Houston, TX 77066-1306

Christian Lenderman
13920 Mandolin Drive Apt 2105
Houston, TX 77070-1390

Christopher Brito
3094 Mackenzi Ln Apt #1
York, PA 17408-9279

Christopher Porter
3901 E Bamboo Dr
Harvey, LA 70058-5820

Cindy Angell
6202 Marble Hollow Ln
Katy, TX 77450-5895

DJ Rogers
5610 Schuler St
Houston, TX 77007-3272

Daniel Romanesse
5920 W Dewey Dr
Las Vegas, NV 89118-6037

David Scher
3059 Lenoir St
Las Vegas, NV 89135-2226

DeFi Referrals
5920 W Dewey Dr
Las Vegas, NV 89118-6037

Edwan Thurmond
35 E Horizon Ridge Pkwy Ste #110-45
Henderson, NV 89002-7905

Edward Archer
3602 Apoethecary St
District Heights, MD 20747-2999

Elaine Santiago
18435 Forest Dew Dr
Katy, TX 77449-7224

Elsie Kupka
11607 Chuckson Dr
Houston, TX 77065-2120

Emily WU
2618 Coopers Post Ln
Sugar Land, TX 77478-4124

Emmett Cheri
1620 Upland Lks
Houston, TX 77043-4734

Eric Alas
1918 Walnut Green Cir
Rosenberg, TX 77471-1719

Erica Leday
23707 Mesquite Trail Ln
Spring, TX 77373-7986

Erika Rice
1216 Running Waters Dr
Saint Charles, MO 63304-2411

Eugene Sweazie
15107 FM 2100 Suite D
Crosby, TX 77532-1655

F2 Equities
427 Trace Way Dr
Montgomery, TX 77316-6852

F2 Equities
C/O Farmer & Coker, PLLC.
400 S. Zang Blvd., Suite 350
Dallas, TX 75208-6604

GAI Investments
1054 53rd Avenue North
Saint Petersburg, FL 33703-2738

Gabriel Guzman
17003 Muddy Spring Dr
Cypress, TX 77433

George Ramirez
14131 Timberhaven Dr
Houston, TX 77066-5408

Greg Durr
14819 Cross Stone Ct
Cypress, TX 77429-2690

Healthrite Pharmacy
15107 FM 2100 Suite D
Crosby, TX 77532-1655

Ilias Hantsoulis
J30 Bunker Hill Run East
East Brunswick, NJ 08816

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Irma Benitez
9934 Memorial Crossing Dr
Tomball, TX 77375-4544

JK Capital Partners LLC
9006 Willow Springs Ln
Conroe, TX 77302-3496

JK Capital Partners LLC
C/O Farmer & Coker, PLLC.
400 S. Zang Blvd., Suite 350
Dallas, TX 75208-6604

Jaime Taylor
19742 Tacoma Bluff Dr
Cypress, TX 77433-4780

Jamaal Mosley
4511 Sanctuary Trails Dr
Spring, TX 77388-2630

James Stringer
9501 Towne Lake Pkwy
Cypress, TX 77433

Jared Yanez
20622 Tupelo Ridge Rd
Richmond, TX 77406-1555

Jarrett Pearson
3363 Bachelor St
Atlanta, GA 30344-5029

Jaz Thomas
4127 Monticello Terrace Ln
Katy, TX 77449-1886

Jennifer Herman
12719 Azalea Creek Trl
Houston, TX 77065-3208

Jeremy Beard
20722 Round Key Dr
Hockley, TX 77447-3093

Jessica Trujillo
4819 Glenvillage St
Houston, TX 77084-2548

John Vallery
13411 Cricklewood Creek Ln
Houston, TX 77083-6073

Joshua Scott
7619 Roebourne Ln
Houston, TX 77070-3726

Joshua Wheat
9519 Brannok Ln
Tomball, TX 77375-3386

Justin Bigsby
603A N Pine St
Rosharon, TX 77583-3338

Katelyn Parrish
18143 Calcaterra Ct
Cypress, TX 77429-8154

Keila Leal
19114 Brindled Bay Ct
Tomball, TX 77377-2877

Kyriakos Likakis
936 Shepard Ave North
North Brunswick, NJ 08902-2253

LaDonna Yates
2016 Main St Apt 1003
Houston, TX 77002-8800

Laura Ivester
10679 Timber Stand St # 10679
Las Vegas, NV 89183-4914

Linda Leal
21407 Chester Cliff Ln
Katy, TX 77449-6461

Lisa Gonzalez
19819 Rose Dawn Ln
Spring, TX 77379-5135

Luke Dildly
13630 Treebank Ln
Houston, TX 77070-2869

Mallory Buckner
9519 Brannok Ln
Tomball, TX 77375-3386

Marcelyn Elam
5111 Saxon Dr
Houston, TX 77092-5541

Marcus Wiley
1614 Holman St
Houston, TX 77004-3839

Maria Frias
19211 Caledonia Dr
Katy, TX 77449-4505

Marisa Arce
1305 Yorktown St
Richmond, TX 77469-1642

Mark Swist
1958 W Gray St Apt 1114
Houston, TX 77019-4845

Mary Lue Kopech
8007 Bova Rd
Houston, TX 77064-8003

Matthew Modesette
14244 SW Gold Coast Ter
Portland, OR 97224-5259

Megan Parsons
22707 Cosburn Ln
Tomball, TX 77375-1178

Melanie Dillon
2256 Leon C Simon Dr
New Orleans, LA 70122-4324

Mia Wallace
801 Lake Carolyn Pkwy Apt 3041
Irving, TX 75039-4671

Michael Espinoza
19534 Grand Colony Ct
Katy, TX 77449-4544

Mike Stockton
12702 Bounty Ln
Tomball, TX 77377-8402

Mike Trekell
12847 Carvel Ln
Houston, TX 77072-4524

Milana Moshero
1258 E Charleston Ave
Phoenix, AZ 85022-1249

Mohammad Honari
1600 S Maryland Pkwy
Las Vegas, NV 89104-3316

Myra Hill
8014 Downington Ct
Spring, TX 77379-6139

Nate Gordon
18118 Crown Lake Cir
Spring, TX 77379-1509

Nick Brown
3300 Harvest Time Cv
Austin, TX 78754-5911

Nina Durr
14819 Cross Stone Ct
Cypress, TX 77429-2690

Noble Attorney LLC
2822 Pine Tree Dr Apt 2
Miami Beach, FL 33140-4365

Opportunity Holdings LLC
4311 Oakwood Ln
West Des Moines, IA 50265-5423

Phillip Feiner
18019 San Gabriel Glen Dr
Cypress, TX 77433-2181

Phillip Yates
2016 Main St Apt 1003
Houston, TX 77002-8800

Purnell Lewis
7316 Dogwood Dr
New Orleans, LA 70126-2004

Rachel Weber
11307 Angelique Dr
Houston, TX 77065-2059

Raymond F Harkness
6553 Monte Bello Ridge Ln
Houston, TX 77041-6227

Reagan Phillips
30457 Butternut Oak Ln
Magnolia, TX 77355-4373

Reality Real Estate LLC
37140 29th Pl E
Palmdale, CA 93550-4487

Regus
1177 Avenue of the Americas, 5th Floor
New York, New York 10036-2714

Reva Smith
15807 Jamie Lee Drive
Houston, TX 77095-3748

Robert Basulto
7574 Garden Galley St
Las Vegas, NV 89139-5666

Romina Anastasescu
601 NE 36th St Apt 2809
Miami, FL 33137-3973

SPS
20919 Summer Trace Ln
Spring, TX 77379-8470

Samuel Gonzalez
19819 Rose Dawn Ln
Spring, TX 77379-5135

Sbeyde Ruiz
10521 Lessona St
Las Vegas, NV 89141-0471

Shae Smith
15807 Jamie Lee Drive
Houston, TX 77095-3748

Shane Taylor
531 Promenade Blvd
Katy, TX 77450-2441

Shelby Kerr
8311 Sparkling Springs Dr
Houston, TX 77095-3809

Shonnette Lewis
4539 Russet Leaf Trace
Spring, TX 77379

Spergon Wynn
5018 Jason St
Houston, TX 77096-2720

Stephen Danilov
19527 Keesey Creek Circle
Cypress, TX 77433-3972

Stephen Schwartz
15410 Cabot Ridge Ln
Cypress, TX 77429-4899

Sterling Smith
24018 Adobe Ridge Ln
Katy, TX 77493-2931

Steve Lehr
3712 Plum Blossom Ct
Las Vegas, NV 89129-7051

Steven Bentham II
21610 Amber Grain Ln
Cypress, TX 77433-6601

Steven Morrison
9428 Caddo Ridge Ln
Cypress, TX 77433-7857

Susan Kent
14803 E Ginger Spice Ct
Cypress, TX 77433-6195

Teo Subasic
2900 N 79th St
Kansas City, KS 66109-1508

Terrance Wilson
309 Oak Hollow Way
Little Elm, TX 75068-1783

Thayz Taqi
18600 S Parkview Dr Apt 1111
Houston, TX 77084-4978

Timothy Reddell Jr
3114 Shallow Creek Dr
Corpus Christi, TX 78410-2336

Tommy Muller
11719 Dakar Dr
Houston, TX 77065-2710

US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002-2604

Viayney Gil
16322 Melody View Ct
Cypress, TX 77429-6144

Wayne McCormick
20731 Westfield Grove Pl
Katy, TX 77449-2495

Wendell Scott
2020 Eldridge Pkwy Apt 4403
Houston, TX 77077-3535

William Piatt
15103 Heron Meadow Ln
Cypress, TX 77429-4641

Willis Parrish
8007 Bova Rd
Houston, TX 77064-8003

Yasmine Amouri
6365 Cameo Cove Ave
Las Vegas, NV 89139-6265

Zoltan B Csengeri
69 Contrada Fiore Dr
Henderson, NV 89011-3149

Nathan Alexander Fuller
15518 Kerrville Ct.
Cypress, TX 77429-6092

Ronald J Sommers
Ronald Sommers, Trustee
1400 Post Oak Blvd., Suite 300
Houston, TX 77056-6656

Scott K. Bui
Pham & Bui, PLLC
9999 Bellaire Blvd., Ste 1122
Houston, TX 77036-3579