**Sbeyde Ruiz-Ramirez**
10521 Lessons Street
Las Vegas, NV, 89141
sbeyderuiz@gmail.com
(702) 964-0802

United States Courts
Southern District of Texas
FILED
NOV 25 2024
Nathan Ochsner, Clerk of Court

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 24-34773 |
| Nathan Fuller/ PRIVVY INVESTMENTS LLC., | § | |
| Debtor, | § | |
| | § | |
| Sbeyde Ruiz-Ramirez | § | |
| Creditor, | § | |
| | § | |
| Ronald J Sommers | § | Chapter 7 |
| Trustee, | § | |
| | § | |

## MOTION FOR AUTHORIZATION TO FILE ELECTRONICALLY

**COMES NOW, Sbeyde Ruiz-Ramirez**, Pro Se' Litigant (Movant/ "Creditor") is a named Creditor in the above styled Bankruptcy case, and files this MOTION FOR AUTHORIZATION TO FILE ELECTRONICALLY, pursuant to LR IC 2-1(b) and in support will show as follows:

Movant was named as a Creditor in the above styled Bankruptcy Case, where Nathan Fuller, and PRIVVY INVESTMENTS LLC., are the Debtors - Case No. 24-34773.

The said bankruptcy case is held in the Houston Texas Court and Movant resides in Las Vegas, Nevada, which makes filing documents across states with the Court very challenging from the Las Vegas location.

Movant has a Pacer Public account No. 8214419, and is seeking authorization to file My documents in this case electronically, pursuant to LR IC 2-1(b).

Respectively Submitted this 18th day of November 2024

**Sbeyde Ruiz-Ramirez**
By: /s/ *Sbeyde Ruiz-Ramirez*
10521 Lessons Street
Las Vegas, NV, 89141
sbeyderuiz@gmail.com
(702) 964-0802

Page 1 of 7

## REQUEST FOR RELIEF

For the foregoing reasons, Movant respectfully requests that this Court grant authorization to file documents electronically as sought.

1. Grant any other and further relief to which Movants may be justly entitled.

Respectively Submitted this 18th day of November 2024

**Sbeyde Ruiz-Ramirez**
By: /s/ ***Sbeyde Ruiz-Ramirez***
10521 Lessons Street
Las Vegas, NV, 89141
sbeyderuiz@gmail.com
(702) 964-0802

## CREDIT MAILING LIST FOR CERTIFICATE OF SERVICE

Aaron Garcia
11211 Rousseau Dr
Houston, TX 77065

Alfredo Morales
2652 Bad Rock Cir
Henderson, NV 89052

Allied Express
1111 Witte Rd
Houston, TX 77055

Amanda Thomas
4127 Monticello Terrace Ln
Katy, TX 77449

Andrew Franck
9302 Bauer Oaks Drive
Houston, TX 77095

Andrew Jimenez
705 North Minnesota Road
Austin, TX 78754

Anthony Tucker
16919 Kilwinning Dr
Houston, TX 77084

Antonios Fiotakis
256 Dallas Road North
North Brunswick, NJ 08902

Artur Nazaryan
8213 Boseck Dr
Las Vegas, NV 89145

Ashleigh Fisher
1948 Day Break Dr
Lancaster, TX 75146

Ashley Floyd
1620 Upland Lks
Houston, TX 77043

Ashley Fuller
15518 Kerrville Ct
Cypress, TX 77429

Ashley Walker
13102 Grantham Ridge Ct
Rosharon, TX 77583

Automation Syndication
5900 Balcones Dr Ste #100
Austin, TX 78731

Beatriz Benitez
18211 Hayden Lakes Dr
Cypress, TX 77429

Belinda Smith
1510 Biltmore Way
Saint Peters, MO 63376

Benjamin Jordan Toala
10795 SE Leopard Ln
Damascus, OR 97089

Beth Clark
24802 Brattle Dr
Katy, TX 77494

Brandon Reid
519 Somerville Ave #177
Somerville, MA 02143

Brian Huston
6779 County Road 302
Navasota, TX 77868

Briana Gomez
28050 Trade Winds Ct
Rosharon, TX 77583

Bruce Walker
603 N Pine St # A
Rosharon, TX 77583

Bryan Watthuber
6008 GlenCove Unit #C
Houston, TX 77007

Bryan Zascavage
61 SE 11th St
Pompano Beach, FL 33060

Canei Capital Group LLC
11807 Westheimer Rd #550-427
Houston, TX 77077

Carla Tamper
10568 Highway 7 W
Marquez, TX 77865

Carrie Parish
14130 Eventide Dr
Cypress, TX 77429

Celeste Bianchi
618 Beverly Arbor Ave
Las Vegas, NV 89183

Chad Schwartz
28618 Cabrera Hill Ln
Katy, TX 77494

Chameira Salcedo
4000 W 34th St Apt 24
Houston, TX 77092

Chase Clark
24938 Lakecrest Glen Dr
Katy, TX 77493

Chase Schwartz
20511 S Blue Hyacinth Dr
Cypress, TX 77433

Chi Ngyuen
5035 Aspen Orchard Dr
Houston, TX 77066

Christian Lenderman
13920 Mandolin Drive Apt 2105
Houston, TX 77070

Christopher Brito
3094 Mackenzi Ln Apt #1
York, PA 17408

Christopher Porter
3901 E Bamboo Dr
Harvey, LA 70058

Cindy Angell
6202 Marble Hollow Ln
Katy, TX 77450

CJ Hixon
12802 Azalea Creek Trl
Houston, TX 77065

Conn Appliances, Inc.
c/o Becket and Lee LLP
PO Box 3002
Malvern PA 19355-0702

# CREDIT MAILING LIST FOR CERTIFICATE OF SERVICE

Daniel Romanesse
5920 W Dewey Dr
Las Vegas, NV 89118

David Scher
3059 Lenoir St
Las Vegas, NV 89135

DeFi Referrals
5920 W Dewey Dr
Las Vegas, NV 89118

DJ Rogers
5610 Schuler St
Houston, TX 77007

Edwan Thurmond
35 E Horizon Ridge Pkwy Ste
#110-451
Henderson, NV 89002

Edward Archer
3602 Apoethecary St
District Heights, MD 20747

Elaine Santiago
18435 Forest Dew Dr
Katy, TX 77449

Elsie Kupka
11607 Chuckson Dr
Houston, TX 77065

Emily WU
2618 Coopers Post Ln
Sugar Land, TX 77478

Emmett Cheri
1620 Upland Lks
Houston, TX 77043

Eric Alas
1918 Walnut Green Cir
Rosenberg, TX 77471

Erica Leday
23707 Mesquite Trail Ln
Spring, TX 77373

Erika Rice
1216 Running Waters Dr
Saint Charles, MO 63304

Eugene Sweazie
15107 FM 2100 Suite D
Crosby, TX 77532

F2 Equities
427 Trace Way Dr
Montgomery, TX 77316

F2 Equities
C/O Farmer & Coker, PLLC.
400 S. Zang Blvd., Suite 350
Dallas, TX 75208

Gabriel Guzman
17003 Muddy Spring Dr
Cypress, TX 77433

GAI Investments
1054 53rd Avenue North
Saint Petersburg, FL 33703

George Ramirez
14131 Timberhaven Dr
Houston, TX 77066

Greg Durr
14819 Cross Stone Ct
Cypress, TX 77429

Healthrite Pharmacy
15107 FM 2100 Suite D
Crosby, TX 77532

Ilias Hantsoulis
J30 Bunker Hill Run East
East Brunswick, NJ 08816

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Irma Benitez
9934 Memorial Crossing Dr
Tomball, TX 77375

Jaime Taylor
19742 Tacoma Bluff Dr
Cypress, TX 77433

Jamaal Mosley
4511 Sanctuary Trails Dr
Spring, TX 77388

James Stringer
9501 Towne Lake Pkwy
Cypress, TX 77433

Jared Yanez
20622 Tupelo Ridge Rd
Richmond, TX 77406

Jarrett Pearson
3363 Bachelor St
Atlanta, GA 30344

Jaz Thomas
4127 Monticello Terrace Ln
Katy, TX 77449

Jennifer Herman
12719 Azalea Creek Trl
Houston, TX 77065

Jeremy Beard
20722 Round Key Dr
Hockley, TX 77447

Jessica Trujillo
4819 Glenvillage St
Houston, TX 77084

JK Capital Partners LLC
C/O Farmer & Coker, PLLC.
400 S. Zang Blvd., Suite 350
Dallas, TX 75208

JK Capital Partners LLC
9006 Willow Springs Ln
Conroe, TX 77302

John Vallery
13411 Cricklewood Creek Ln
Houston, TX 77083

Joshua Scott
7619 Roebourne Ln
Houston, TX 77070

Joshua Wheat
9519 Brannok Ln
Tomball, TX 77375

Justin Bigsby
603A N Pine St
Rosharon, TX 77583

Katelyn Parrish
18143 Calcaterra Ct
Cypress, TX 77429

Keila Leal
19114 Brindled Bay Ct
Tomball, TX 77377

Kyriakos Likakis
936 Shepard Ave North
North Brunswick, NJ 08902

MOTION FOR RELIEF FROM AUTOMATIC STAY No. 24-34773

## CREDIT MAILING LIST FOR CERTIFICATE OF SERVICE

LaDonna Yates
2016 Main St Apt 1003
Houston, TX 77002

Laura Ivester
10679 Timber Stand St # 10679
Las Vegas, NV 89183

Linda Leal
21407 Chester Cliff Ln
Katy, TX 77449

Lisa Gonzalez
19819 Rose Dawn Ln
Spring, TX 77379

Luke Dildly
13630 Treebank Ln
Houston, TX 77070

Mallory Buckner
9519 Brannok Ln
Tomball, TX 77375

Marcelyn Elam
5111 Saxon Dr
Houston, TX 77092

Marcus Wiley
1614 Holman St
Houston, TX 77004

Maria Frias
19211 Caledonia Dr
Katy, TX 77449

Marisa Arce
1305 Yorktown St
Richmond, TX 77469

Mark Swist
1958 W Gray St Apt 1114
Houston, TX 77019

Mary Lue Konech
8007 Bova Rd
Houston, TX 77064

Matthew Modesette
14244 SW Gold Coast Ter
Portland, OR 97224

Megan Parsons
22707 Cosburn Ln
Tomball, TX 77375

Melanie Dillon
2256 Leon C Simon Dr
New Orleans, LA 70122

Mia Wallace
801 Lake Carolyn Pkwy Apt 3041
Irving, TX 75039

Michael Espinoza
19534 Grand Colony Ct
Katy, TX 77449

Mike Stockton
12702 Bounty Ln
Tomball, TX 77377

Mike Trekell
12847 Carvel Ln
Houston, TX 77072

Milana Moshero
1258 E Charleston Ave
Phoenix, AZ 85022

Mohammad Honari
1600 S Maryland Pkwy
Las Vegas, NV 89104

Myra Hill
8014 Downington Ct
Spring, TX 77379

Nate Gordon
18118 Crown Lake Cir
Spring, TX 77379

Nick Brown
3300 Harvest Time Cv
Austin, TX 78754

Nina Durr
14819 Cross Stone Ct
Cypress, TX 77429

Noble Attorney LLC
2822 Pine Tree Dr Apt 2
Miami Beach, FL 33140

Opportunity Holdings LLC
4311 Oakwood Ln
West Des Moines, IA 50265

Phillip Feiner
18019 San Gabriel Glen Dr
Cypress, TX 77433

Phillip Yates
2016 Main St Apt 1003
Houston, TX 77002

Purnell Lewis
7316 Dogwood Dr
New Orleans, LA 70126

Rachel Weber
11307 Angelique Dr
Houston, TX 77065

Raymond F Harkness
6553 Monte Bello Ridge Ln
Houston, TX 77041

Reagan Phillips
30457 Butternut Oak Ln
Magnolia, TX 77355

Reality Real Estate LLC
37140 29th Pl E
Palmdale, CA 93550

Regus
1177 Avenue of the Americas, 5th Floor
New York, New York 10036

Reva Smith
15807 Jamie Lee Drive
Houston, TX 77095

Robert Basulto
7574 Garden Galley St
Las Vegas, NV 89139

Romina Anastasescu
601 NE 36th St Apt 2809
Miami, FL 33137

Samuel Gonzalez
19819 Rose Dawn Ln
Spring, TX 77379

Sheyde Ruiz
10521 Lessona St
Las Vegas, NV 89141

Shae Smith
15807 Jamie Lee Drive
Houston, TX 77095

Shane Taylor
531 Promenade Blvd
Katy, TX 77450

## CREDIT MAILING LIST FOR CERTIFICATE OF SERVICE

Shelby Kerr
8311 Sparkling Springs Dr
Houston, TX 77095

Shonnette Lewis
4539 Russet Leaf Trace
Spring, TX 77379

Spergon Wynn
5018 Jason St
Houston, TX 77096

SPS
20919 Summer Trace Ln
Spring, TX 77379

Stephen Danilov
19527 Keesey Creek Circle
Cypress, TX 77433

Stephen Schwartz
15410 Cabot Ridge Ln
Cypress, TX 77429

Sterling Smith
24018 Adobe Ridge Ln
Katy, TX 77493

Steve Lehr
3712 Plum Blossom Ct
Las Vegas, NV 89129

Steven Bentham II
21610 Amber Grain Ln
Cypress, TX 77433

Steven Morrison
9428 Caddo Ridge Ln
Cypress, TX 77433

Susan Kent
14803 E Ginger Spice Ct
Cypress, TX 77433

Teo Subasic
2900 N 79th St
Kansas City, KS 66109

Terrance Wilson
309 Oak Hollow Way
Little Elm, TX 75068

Thayz Taqi
18600 S Parkview Dr Apt 1111
Houston, TX 77084

Timothy Reddell Jr
3114 Shallow Creek Dr
Corpus Christi, TX 78410

Tommy Muller
11719 Dakar Dr
Houston, TX 77065

Viayney Gil
16322 Melody View Ct
Cypress, TX 77429

Wayne McCormick
20731 Westfield Grove Pl
Katy, TX 77449

Wendell Scott
2020 Eldridge Pkwy Apt 4403
Houston, TX 77077

William Piatt
15103 Heron Meadow Ln
Cypress, TX 77429

William Vannoy
unknown

Willis Parrish
8007 Bova Rd
Houston, TX 77064-5000

Yasmine Amouri
6365 Cameo Cove Ave
Las Vegas, NV 89139

Zoltan B Csengeri
69 Contrada Fiore Dr
Henderson, NV 89011

## CERTIFICATE OF SERVICE

I, do certify hereby certify that a true and correct copy of the foregoing Motion for Authorization to file electronically was served on all Parties and counsel of record on the 18th day of November 2024 in accordance with the Federal Rules of Civil Procedure:

**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**
**Attn: Clerk of Court**
515 Rusk Avenue,
Houston, TX 77002.
(713) 250-5500

**KAITLYN M. COKER** (Attorney for Creditors F2 EQUITIES, LLC,
JK CAPITAL PARTNERS, LLC,
AND CANEI CAPITAL GROUP, LLC,

**RONALD J SOMMERS**
Ronald Sommers, Trustee
1400 Post Oak Blvd., Suite 300
Houston, TX 77056
713-892-4801

**All Creditors listed on Debtor's Schedules**
**With known addresses**

### (See Creditor Mailing List Below)

Sbeyde Ruiz-Ramirez
By: /s/ *Sbeyde Ruiz-Ramirez*
10521 Lessons Street
Las Vegas, NV, 89141
sbeyderuiz@gmail.com
(702) 964-0802