**Fill in this information to identify your case and this filing:**

Debtor 1    **Nathan Alexander Fuller**
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)
First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number _____

■ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property

**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

■ No. Go to Part 2.
☐ Yes. Where is the property?

### Part 2:   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

■ No
☐ Yes

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5   **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...............................................................=>**

| | |
|---|---|
| | **$0.00** |

### Part 3:   Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

| | |
|---|---|
| **Office Desk - Study Room** | $500.00 |

| | |
|---|---|
| **Desk Chair - Study Room** | $250.00 |

Debtor 1    **Nathan Alexander Fuller**                                                    Case number *(if known)*

| | |
|---|---:|
| **Small Table - Study Room** | **$150.00** |
| **Bar-B-Q Grill - Backyard** | **$125.00** |
| **Tools - Garage** | **$350.00** |
| **Filing Cabinet, including personal documents (Driver License, Passport, Social Security Card, Titles to cars and house) - Receiver has possession** | **$0.00** |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ■ Yes. Describe.....

| | |
|---|---:|
| **Playstation 5 - Receiver of possession** | **$350.00** |
| **MSI gaming monitor 30" - Receiver took possession** | **$250.00** |
| **AR Meta Headset - Receiver took possession** | **$250.00** |
| **Iphone 14 Pro Max - Receiver took possession** | **$500.00** |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☐ No
   ■ Yes. Describe.....

| | |
|---|---:|
| **Sport Trading Cards - Receiver took possession** | **$200,000.00** |
| **Autograph Jersey - Nolan Ryan - Receiver took possession** | **$750.00** |
| **Autograph Jersey - Ronald Acuna - Receiver took possession** | **$450.00** |
| **Autograph Jersey - Reggie Jackson - Receiver took possession** | **$700.00** |
| **Autograph Jersey - Miscellaneous Players - Receiver took possession** | **$3,000.00** |
| **Autograph helmet - Christine McCaffery - Receiver took possession** | **$300.00** |
| **Autograph Helmet - Trevor Lawrence - Receiver took possession** | **$300.00** |

Debtor 1  **Nathan Alexander Fuller**                                    Case number *(if known)*

| | |
|---|---|
| **Autograph 2017 Houston Astro Baseball - Jose Tuva - Receiver took Possession** | $3,000.00 |

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☑ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe.....

| | |
|---|---|
| **Man Clothings** | $300.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☑ No
    ☐ Yes. Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☑ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☑ No
    ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................
    $211,525.00

**Part 4:**  Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☑ No
    ☐ Yes.................................................................................................

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ☑ Yes........................

| | Institution name: | |
|---|---|---|
| 17.1. | **HEB xxxxx5699 - account number was on the iphone that was taken by receiver. Debtor does not remember account number.** | $4.17 |

Debtor 1   **Nathan Alexander Fuller**                                    Case number *(if known)*

|  | **SOLETHER Crypto Currency wallet belonging to debtor and others - Receiver took possession - Total estimate $154,000,000.00 (10% belong to debtor)** | |
|---|---|---|
| 17.2. | | **$15,000,000.00** |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes..................        Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☐ No
☑ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **Privvy Investments, LLC.** | **100** | % | **$1,500,000.00** |
| **Calcaterra Portfolio Investment, LLC.** | **100** | % | **$0.00** |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
☑ No
☐ Yes. Give specific information about them
        Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☑ No
☐ Yes. List each account separately.
        Type of account:        Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
☑ No
☐ Yes. ....................        Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
☑ No
☐ Yes.............        Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☑ No
☐ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☑ No
☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
☐ No
☑ Yes.  Give specific information about them...

| **Privvy Technologies - Software Automated API trading owned by Privvy Investment, LLC.** | **$1,500,000.00** |
|---|---|

Debtor 1    **Nathan Alexander Fuller**                                    Case number *(if known)* _____

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

    _____

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
    Company name:                         Beneficiary:                         Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes.  Describe each claim........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**...................................................................................................................

| $18,000,004.17 |
|---|

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes.  Go to line 38.

Debtor 1   **Nathan Alexander Fuller**                                Case number *(if known)*

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46.  Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes.  Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

**53.  Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific information.........

**54.  Add the dollar value of all of your entries from Part 7. Write that number here** ....................................     | **$0.00** |

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

| | | |
|---|---|---|
| 55. | **Part 1: Total real estate, line 2** .................................................................... | **$0.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$0.00** |
| 57. | **Part 3: Total personal and household items, line 15** | **$211,525.00** |
| 58. | **Part 4: Total financial assets, line 36** | **$18,000,004.17** |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** |

| 62. | **Total personal property.** Add lines 56 through 61... | **$18,211,529.17** | Copy personal property total | **$18,211,529.17** |
|---|---|---|---|---|

| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | **$18,211,529.17** |
|---|---|---|

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Nathan Alexander Fuller** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | |

■ Check if this is an
    amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:      List All of Your PRIORITY Unsecured Claims**

**1.  Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

☐ Yes.

**2.  List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | **Internal Revenue Service** | Last 4 digits of account number _____ | **$86,177.00** | **$86,177.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name

**P.O. Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2022 Tax**

| 2.2 | **Internal Revenue Service** | Last 4 digits of account number | **$750,000.00** | **$750,000.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name

**P.O. Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2023 Taxes**

Debtor 1  __Nathan Alexander Fuller_____     Case number (if known) _____

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

**3.  Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | **Total claim** |
|---|---|---|

| 4.1 | **Aaron Garcia** | Last 4 digits of account number _____ | **$20,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**11211 Rousseau Dr**
**Houston, TX 77065**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Interest in account in possession of receiver**

---

| 4.2 | **Adil Ahmed** | Last 4 digits of account number _____ | **$15,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**5 Moola Street**
**Jordan Springs, NSW 2747**
**Australia**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Interest in account in possession of receiver**

Debtor 1 **Nathan Alexander Fuller**

Case number (if known) _____

---

| 4.3 | **Alfredo Morales** | Last 4 digits of account number _____ | $10,000.00 |

Nonpriority Creditor's Name

**2652 Bad Rock Cir**
**Henderson, NV 89052**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Interest in account in possession of receiver**

---

| 4.4 | **Allied Express** | Last 4 digits of account number _____ | $450,000.00 |

Nonpriority Creditor's Name

**1111 Witte Rd**
**Houston, TX 77055**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Interest in account in possession of receiver**

---

| 4.5 | **Amanda Thomas** | Last 4 digits of account number _____ | $1,000.00 |

Nonpriority Creditor's Name

**4127 Monticello Terrace Ln**
**Katy, TX 77449**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Interest in crypto account in possession of receiver**

---

Debtor 1  **Nathan Alexander Fuller**                                      Case number (if known) _____

| 4.6 | **Amy Merchant** | Last 4 digits of account number _____ | **$1.00** |

Nonpriority Creditor's Name

**17802 Mound Rd, Apt. 21103**
**Cypress, TX 77433**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Interest in account in possession of receiver - amount unknown**

---

| 4.7 | **Andrew Franck** | Last 4 digits of account number _____ | **$5,000.00** |

Nonpriority Creditor's Name

**9302 Bauer Oaks Drive**
**Houston, TX 77095**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Interest in crypto account in possession of receiver**

---

| 4.8 | **Andrew Jimenez** | Last 4 digits of account number _____ | **$2,000.00** |

Nonpriority Creditor's Name

**705 North Minnesota Road**
**Austin, TX 78754**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Interest in crypto account in possession of receiver**

---

Debtor 1  **Nathan Alexander Fuller**                                                    Case number (if known) _____

| 4.9 | **Anthony Tucker** | Last 4 digits of account number _____ | $3,000.00 |

Nonpriority Creditor's Name

**16919 Kilwinning Dr**
**Houston, TX 77084**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Interest in account in possession of receiver**

---

| 4.10 | **Anton Ginco** | Last 4 digits of account number _____ | $2,000.00 |

Nonpriority Creditor's Name

**unknown**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Interest in account in possession of receiver**

---

| 4.11 | **Antonios Fiotakis** | Last 4 digits of account number _____ | $5,000.00 |

Nonpriority Creditor's Name

**256 Dallas Road North**
**North Brunswick, NJ 08902**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Interest in crypto account in possession of receiver**

---

Debtor 1   **Nathan Alexander Fuller**                                    Case number (if known) _____

---

**4.1 2**

**Artur Nazaryan**                                          Last 4 digits of account number _____     $100,000.00
Nonpriority Creditor's Name
**8213 Boseck Dr**                                         When was the debt incurred? _____
**Las Vegas, NV 89145**
Number Street City State Zip Code                          As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                            ☐ Contingent
☐ Debtor 2 only                                           ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                              ☐ Disputed
☐ At least one of the debtors and another                 **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community                ☐ Student loans
debt**                                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                           report as priority claims
                                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                          ■ Other. Specify   **Interest in account in possession of**
☐ Yes                                                                         **receiver**

---

**4.1 3**

**Ashleigh Fisher**                                        Last 4 digits of account number _____     $10,000.00
Nonpriority Creditor's Name
**1948 Day Break Dr**                                      When was the debt incurred? _____
**Lancaster, TX 75146**
Number Street City State Zip Code                          As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                            ☐ Contingent
☐ Debtor 2 only                                           ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                              ☐ Disputed
☐ At least one of the debtors and another                 **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community                ☐ Student loans
debt**                                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                           report as priority claims
                                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                          ☐ Other. Specify   **Interest in account in possession of**
☐ Yes                                                                         **receiver**

---

**4.1 4**

**Ashley Floyd**                                           Last 4 digits of account number _____     $131,492.00
Nonpriority Creditor's Name
**1620 Upland Lks**                                        When was the debt incurred? _____
**Houston, TX 77043**
Number Street City State Zip Code                          As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                            ☐ Contingent
☐ Debtor 2 only                                           ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                              ☐ Disputed
☐ At least one of the debtors and another                 **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community                ☐ Student loans
debt**                                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                           report as priority claims
                                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                          ■ Other. Specify   **Interest in account in possession of**
☐ Yes                                                                         **receiver**

---

Debtor 1  **Nathan Alexander Fuller**        Case number (if known) _____

---

**4.1 5**

**Ashley Fuller**
Nonpriority Creditor's Name
**15518 Kerrville Ct**
**Cypress, TX 77429**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____      **$25,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Interest in account in possession of receiver**

---

**4.1 6**

**Ashley Walker**
Nonpriority Creditor's Name
**13102 Grantham Ridge Ct**
**Rosharon, TX 77583**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____      **$6,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **Interest in account in possession of receiver**

---

**4.1 7**

**Automation Syndication**
Nonpriority Creditor's Name
**5900 Balcones Dr Ste #100**
**Austin, TX 78731**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____      **$150,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Interest in crypto account in possession of receiver**

---

Debtor 1  **Nathan Alexander Fuller**                                        Case number (if known) _____

---

| 4.1 8 | **Beatriz Benitez** | | $10,000.00 |

**Beatriz Benitez**
Nonpriority Creditor's Name
**18211 Hayden Lakes Dr**
**Cypress, TX 77429**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

□ Yes

**Last 4 digits of account number** _____        $10,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**
□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Interest in crypto account in possession of receiver**

---

| 4.1 9 | **Belinda Smith** | | $3,000.00 |

**Belinda Smith**
Nonpriority Creditor's Name
**1510 Biltmore Way**
**Saint Peters, MO 63376**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

□ Yes

**Last 4 digits of account number** _____        $3,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**
□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
□ Other. Specify   **Interest in crypto account in possession of receiver**

---

| 4.2 0 | **Benjamin Jordan Toala** | | $25,000.00 |

**Benjamin Jordan Toala**
Nonpriority Creditor's Name
**10795 SE Leopard Ln**
**Damascus, OR 97089**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

□ Yes

**Last 4 digits of account number** _____        $25,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**
□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Interest in crypto account in possession of receiver**

---

Debtor 1 **Nathan Alexander Fuller**

Case number (if known) _____

---

| 4.2 1 | **Beth Clark** | Last 4 digits of account number _____ | $40,000.00 |

Nonpriority Creditor's Name

**24802 Brattle Dr**
**Katy, TX 77494**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Interest in crypto account in possession of receiver**

---

| 4.2 2 | **Brandon Reid** | Last 4 digits of account number _____ | $5,000.00 |

Nonpriority Creditor's Name

**519 Somerville Ave #177**
**Somerville, MA 02143**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Interest in crypto account in possession of receiver**

---

| 4.2 3 | **Brian Huston** | Last 4 digits of account number _____ | $25,000.00 |

Nonpriority Creditor's Name

**6779 County Road 302**
**Navasota, TX 77868**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Interest in crypto account in possession of receiver**

---

Debtor 1   **Nathan Alexander Fuller**

Case number (if known) _____

---

| 4.2 4 | **Briana Gomez** | | Last 4 digits of account number _____ | $3,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**28050 Trade Winds Ct**
**Rosharon, TX 77583**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Interest in crypto account in possession of receiver**

---

| 4.2 5 | **Bruce Walker** | | Last 4 digits of account number _____ | $3,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**603 N Pine St # A**
**Rosharon, TX 77583**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Interest in crypto account in possession of receiver**

---

| 4.2 6 | **Bryan Watthuber** | | Last 4 digits of account number _____ | $50,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**6008 GlenCove Unit #C**
**Houston, TX 77007**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Interest in crypto account in possession of receiver**

---

| Debtor 1 | **Nathan Alexander Fuller** | | Case number (if known) | |

---

**4.2 7**

**Bryan Zascavage**
Nonpriority Creditor's Name
**61 SE 11th St**
**Pompano Beach, FL 33060**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____  **$30,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Interest in crypto account in possession of receiver**

---

**4.2 8**

**Buffy Lawrence**
Nonpriority Creditor's Name

**unknwon**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____  **$12,120.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Interest in crypto account in possession of receiver**

---

**4.2 9**

**Canei Capital Group LLC**
Nonpriority Creditor's Name
**11807 Westheimer Rd #550-427**
**Houston, TX 77077**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____  **$1,280,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Interest in crypto account in possession of receiver**

---

Debtor 1   **Nathan Alexander Fuller**                                    Case number (if known) _____

---

**4.3 0**

**Carla Tamper**                                           Last 4 digits of account number _____          **$5,000.00**
Nonpriority Creditor's Name
**10568 Highway 7 W**                                      When was the debt incurred? _____
**Marquez, TX 77865**
Number Street City State Zip Code                          As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                            ☐ Contingent
☐ Debtor 2 only                                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                               ☐ Disputed
☐ At least one of the debtors and another                  **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community                 ☐ Student loans
debt**                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                            report as priority claims
                                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                           ■ Other. Specify   **Interest in crypto account in possession of**
☐ Yes                                                                          **receiver**

---

**4.3 1**

**Carrie Parish**                                          Last 4 digits of account number _____          **$5,000.00**
Nonpriority Creditor's Name
**14130 Eventide Dr**                                      When was the debt incurred? _____
**Cypress, TX 77429**
Number Street City State Zip Code                          As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                            ☐ Contingent
☐ Debtor 2 only                                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                               ☐ Disputed
☐ At least one of the debtors and another                  **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community                 ☐ Student loans
debt**                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                            report as priority claims
                                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                           ■ Other. Specify   **Interest in crypto account in possession of**
☐ Yes                                                                          **receiver**

---

**4.3 2**

**Celeste Bianchi**                                        Last 4 digits of account number _____          **$20,000.00**
Nonpriority Creditor's Name
**618 Beverly Arbor Ave**                                  When was the debt incurred? _____
**Las Vegas, NV 89183**
Number Street City State Zip Code                          As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                            ☐ Contingent
☐ Debtor 2 only                                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                               ☐ Disputed
☐ At least one of the debtors and another                  **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community                 ☐ Student loans
debt**                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                            report as priority claims
                                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                           ■ Other. Specify   **Interest in crypto account in possession of**
☐ Yes                                                                          **receiver**

---

Debtor 1  **Nathan Alexander Fuller**                                    Case number (if known) _____

| 4.3 3 | **Chad Schwartz** | Last 4 digits of account number _____ | $20,000.00 |

Nonpriority Creditor's Name
**28618 Cabrera Hill Ln**
**Katy, TX 77494**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Interest in crypto account in possession of receiver**

---

| 4.3 4 | **Chameira Salcedo** | Last 4 digits of account number _____ | $3,000.00 |

Nonpriority Creditor's Name
**4000 W 34th St Apt 24**
**Houston, TX 77092**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Interest in crypto account in possession of receiver**

---

| 4.3 5 | **Charles Jamison** | Last 4 digits of account number _____ | $25,000.00 |

Nonpriority Creditor's Name
**unknown**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Interest in crypto account in possession of receiver**

---

Debtor 1    **Nathan Alexander Fuller**

Case number (if known) _____

---

| 4.3 6 | **Chase Clark** | Last 4 digits of account number _____ | **$5,000.00** |

Nonpriority Creditor's Name

**24938 Lakecrest Glen Dr**
**Katy, TX 77493**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Interest in crypto account in possession of receiver**

---

| 4.3 7 | **Chase Schwartz** | Last 4 digits of account number _____ | **$15,000.00** |

Nonpriority Creditor's Name

**20511 S Blue Hyacinth Dr**
**Cypress, TX 77433**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Interest in crypto account in possession of receiver**

---

| 4.3 8 | **Chi Ngyuen** | Last 4 digits of account number _____ | **$2,000.00** |

Nonpriority Creditor's Name

**5035 Aspen Orchard Dr**
**Houston, TX 77066**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Interest in crypto account in possession of receiver**

---

Debtor 1  **Nathan Alexander Fuller**                                  Case number (if known) _____

| | | |
|---|---|---|
| **4.3 9** | **Christian Lenderman** | Last 4 digits of account number _____   **$5,000.00** |

**Christian Lenderman**
Nonpriority Creditor's Name
**13920 Mandolin Drive Apt 2105**
**Houston, TX 77070**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Interest in crypto account in possession of receiver**

---

| | | |
|---|---|---|
| **4.4 0** | **Christopher Brito** | Last 4 digits of account number _____   **$8,000.00** |

**Christopher Brito**
Nonpriority Creditor's Name
**3094 Mackenzi Ln Apt #1**
**York, PA 17408**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Interest in crypto account in possession of receiver**

---

| | | |
|---|---|---|
| **4.4 1** | **Christopher Jones** | Last 4 digits of account number _____   **$10,000.00** |

**Christopher Jones**
Nonpriority Creditor's Name
**unknwon**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Interest in crypto account in possession of receiver**

Debtor 1  **Nathan Alexander Fuller**                                    Case number (if known) _____

| 4.4 2 | **Christopher Porter** | | Last 4 digits of account number | | **$3,000.00** |

Nonpriority Creditor's Name

**3901 E Bamboo Dr**
**Harvey, LA 70058**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Interest in crypto account in possession of receiver**

---

| 4.4 3 | **Cindy Angell** | | Last 4 digits of account number | | **$1,000.00** |

Nonpriority Creditor's Name

**6202 Marble Hollow Ln**
**Katy, TX 77450**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Interest in crypto account in possession of receiver**

---

| 4.4 4 | **CJ Hixon** | | Last 4 digits of account number | | **$10,000.00** |

Nonpriority Creditor's Name

**12802 Azalea Creek Trl**
**Houston, TX 77065**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Interest in crypto account in possession of receiver**

---

Debtor 1   **Nathan Alexander Fuller**

Case number (if known) _____

---

**4.4
5**

| **Daniel Romanesse** | Last 4 digits of account number _____ | **$20,000.00** |

Nonpriority Creditor's Name
**5920 W Dewey Dr**
**Las Vegas, NV 89118**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify   **Interest in crypto account in possession of receiver**

---

**4.4
6**

| **David Scher** | Last 4 digits of account number _____ | **$3,000.00** |

Nonpriority Creditor's Name
**3059 Lenoir St**
**Las Vegas, NV 89135**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify   **Interest in crypto account in possession of receiver**

---

**4.4
7**

| **DeFi Referrals** | Last 4 digits of account number _____ | **$12,000.00** |

Nonpriority Creditor's Name
**5920 W Dewey Dr**
**Las Vegas, NV 89118**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify   **Interest in crypto account in possession of receiver**

---

Debtor 1   **Nathan Alexander Fuller**                                    Case number (if known) _____

---

| 4.4 8 | **Dennis Gomez** | Last 4 digits of account number _____ | **$3,000.00** |

Nonpriority Creditor's Name

**unknown**
_____
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Interest in crypto account in possession of receiver**

---

| 4.4 9 | **DJ Rogers** | Last 4 digits of account number _____ | **$20,000.00** |

Nonpriority Creditor's Name

**5610 Schuler St**
**Houston, TX 77007**
_____
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Interest in crypto account in possession of receiver**

---

| 4.5 0 | **Edwan Thurmond** | Last 4 digits of account number _____ | **$20,000.00** |

Nonpriority Creditor's Name

**35 E Horizon Ridge Pkwy Ste #110-451**
**Henderson, NV 89002**
_____
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Interest in crypto account in possession of receiver**

---

Debtor 1  **Nathan Alexander Fuller**                                     Case number (if known) _____

| 4.5 1 | **Edward Archer** | Last 4 digits of account number _____ | $15,000.00 |

Nonpriority Creditor's Name
**3602 Apothecary St**
**District Heights, MD 20747**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify  **Interest in crypto account in possession of receiver**

---

| 4.5 2 | **Elaine Santiago** | Last 4 digits of account number _____ | $5,000.00 |

Nonpriority Creditor's Name
**18435 Forest Dew Dr**
**Katy, TX 77449**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify  **Interest in crypto account in possession of receiver**

---

| 4.5 3 | **Elsie Kupka** | Last 4 digits of account number _____ | $6,000.00 |

Nonpriority Creditor's Name
**11607 Chuckson Dr**
**Houston, TX 77065**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify  **Interest in crypto account in possession of receiver**

Debtor 1    **Nathan Alexander Fuller**

Case number (if known) _____

---

**4.54**

**Emily WU**

Nonpriority Creditor's Name

**2618 Coopers Post Ln**
**Sugar Land, TX 77478**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **$50,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Interest in crypto account in possession of receiver**

---

**4.55**

**Emmett Cheri**

Nonpriority Creditor's Name

**1620 Upland Lks**
**Houston, TX 77043**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **$15,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Interest in crypto account in possession of receiver**

---

**4.56**

**Eric Alas**

Nonpriority Creditor's Name

**1918 Walnut Green Cir**
**Rosenberg, TX 77471**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____    **$5,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Interest in crypto account in possession of receiver**

---

Debtor 1 **Nathan Alexander Fuller**

Case number (if known) _____

---

| 4.5 7 | **Erica Leday** | Last 4 digits of account number _____ | $30,000.00 |

Nonpriority Creditor's Name
**23707 Mesquite Trail Ln**
**Spring, TX 77373**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- □ **Check if this claim is for a community debt**

- □ Contingent
- □ Unliquidated
- □ Disputed

**Type of NONPRIORITY unsecured claim:**
- □ Student loans
- □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- □ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- □ Yes

- ■ Other. Specify **Interest in crypto account in possession of receiver**

---

| 4.5 8 | **Erika Rice** | Last 4 digits of account number _____ | $5,000.00 |

Nonpriority Creditor's Name
**1216 Running Waters Dr**
**Saint Charles, MO 63304**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- □ **Check if this claim is for a community debt**

- □ Contingent
- □ Unliquidated
- □ Disputed

**Type of NONPRIORITY unsecured claim:**
- □ Student loans
- □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- □ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- □ Yes

- ■ Other. Specify **Interest in crypto account in possession of receiver**

---

| 4.5 9 | **Eugene Sweazie** | Last 4 digits of account number _____ | $10,000.00 |

Nonpriority Creditor's Name
**15107 FM 2100 Suite D**
**Crosby, TX 77532**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- □ **Check if this claim is for a community debt**

- □ Contingent
- □ Unliquidated
- □ Disputed

**Type of NONPRIORITY unsecured claim:**
- □ Student loans
- □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- □ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- □ Yes

- ■ Other. Specify **Interest in crypto account in possession of receiver**

---

Debtor 1  **Nathan Alexander Fuller**                                    Case number (if known) _____

| | | |
|---|---|---|

**4.60**

**F2 Equities**

Nonpriority Creditor's Name

**427 Trace Way Dr**
**Montgomery, TX 77316**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **$1.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**C.A. DC-24-08435; F2 Equities, LLC. v. Privvy Investments, LLC., 134th Judicial District, Dallas County, Texas; Interest in crypto account in possession of receiver.**
■ Other. Specify **Cross Ref as listed separately**

---

**4.61**

**F2 Equities**

Nonpriority Creditor's Name

**C/O Farmer & Coker, PLLC.**
**400 S. Zang Blvd., Suite 350**
**Dallas, TX 75208**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$1,279,752.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**C.A. DC-24-08435; F2 Equities, LLC. v. Privvy Investments, LLC., 134th Judicial District, Dallas County, Texas; Interest in crypto account in possession of receiver.**
■ Other. Specify **Cross Ref as listed separately**

Debtor 1   **Nathan Alexander Fuller**                                    Case number (if known) _____

| 4.6 2 | **Gabriel Guzman** | | **Last 4 digits of account number** _____ | | **$6,000.00** |

Nonpriority Creditor's Name

**17003 Muddy Spring Dr**
**Cypress, TX 77433**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Interest in crypto account in possession of receiver**

---

| 4.6 3 | **GAI Investments** | | **Last 4 digits of account number** _____ | | **$559,170.00** |

Nonpriority Creditor's Name

**1054 53rd Avenue North**
**Saint Petersburg, FL 33703**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Interest in crypto account in possession of receiver**

---

| 4.6 4 | **George Ramirez** | | **Last 4 digits of account number** _____ | | **$10,000.00** |

Nonpriority Creditor's Name

**14131 Timberhaven Dr**
**Houston, TX 77066**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Interest in crypto account in possession of receiver**

---

Debtor 1 **Nathan Alexander Fuller**                Case number (if known) _____

| 4.6 5 | | | |
|---|---|---|---|

**Greg Durr**
Nonpriority Creditor's Name
**14819 Cross Stone Ct**
**Cypress, TX 77429**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **$4,000.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Interest in crypto account in possession of receiver**

---

| 4.6 6 | | | |
|---|---|---|---|

**Healthrite Pharmacy**
Nonpriority Creditor's Name
**15107 FM 2100 Suite D**
**Crosby, TX 77532**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **$500,000.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Interest in crypto account in possession of receiver**

---

| 4.6 7 | | | |
|---|---|---|---|

**Herman Cadoree**
Nonpriority Creditor's Name
**unknown**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **$10,000.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Interest in crypto account in possession of receiver**

---

Debtor 1  **Nathan Alexander Fuller**                                    Case number (if known) _____

---

**4.6 8**

**Ilias Hantsoulis**                                    Last 4 digits of account number _____        **$5,000.00**
Nonpriority Creditor's Name
**J30 Bunker Hill Run East**                           When was the debt incurred?  _____
**East Brunswick, NJ 08816**
Number Street City State Zip Code                      As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                        ☐ Contingent
☐ Debtor 2 only                                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ☐ Disputed
☐ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community             ☐ Student loans
debt**                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                        report as priority claims
                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                       ■ Other. Specify   **Interest in crypto account in possession of**
☐ Yes                                                                     **receiver**

---

**4.6 9**

**Irma Benitez**                                       Last 4 digits of account number _____        **$10,000.00**
Nonpriority Creditor's Name
**9934 Memorial Crossing Dr**                          When was the debt incurred?  _____
**Tomball, TX 77375**
Number Street City State Zip Code                      As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                        ☐ Contingent
☐ Debtor 2 only                                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ☐ Disputed
☐ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community             ☐ Student loans
debt**                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                        report as priority claims
                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                       ■ Other. Specify   **Interest in crypto account in possession of**
☐ Yes                                                                     **receiver**

---

**4.7 0**

**Jaime Taylor**                                       Last 4 digits of account number _____        **$4,000.00**
Nonpriority Creditor's Name
**19742 Tacoma Bluff Dr**                              When was the debt incurred?  _____
**Cypress, TX 77433**
Number Street City State Zip Code                      As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                        ☐ Contingent
☐ Debtor 2 only                                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ☐ Disputed
☐ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community             ☐ Student loans
debt**                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                        report as priority claims
                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                       ■ Other. Specify   **Interest in crypto account in possession of**
☐ Yes                                                                     **receiver**

---

Debtor 1  **Nathan Alexander Fuller**                                    Case number (if known) _____

---

**4.7 1**

**Jamaal Mosley**                                        Last 4 digits of account number _____        **$5,000.00**
Nonpriority Creditor's Name
**4511 Sanctuary Trails Dr**                             When was the debt incurred? _____
**Spring, TX 77388**
Number Street City State Zip Code                        As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                             ☐ Disputed
☐ At least one of the debtors and another               **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community              ☐ Student loans
debt**                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims

■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                    ■ Other. Specify   **Interest in crypto account in possession of**
                                                                            **receiver**

---

**4.7 2**

**James Stringer**                                       Last 4 digits of account number _____        **$10,000.00**
Nonpriority Creditor's Name
**9501 Towne Lake Pkwy**                                 When was the debt incurred? _____
**Cypress, TX 77433**
Number Street City State Zip Code                        As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                             ☐ Disputed
☐ At least one of the debtors and another               **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community              ☐ Student loans
debt**                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims

■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                    ■ Other. Specify   **Interest in crypto account in possession of**
                                                                            **receiver**

---

**4.7 3**

**Jared Yanez**                                          Last 4 digits of account number _____        **$20,000.00**
Nonpriority Creditor's Name
**20622 Tupelo Ridge Rd**                                When was the debt incurred? _____
**Richmond, TX 77406**
Number Street City State Zip Code                        As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                             ☐ Disputed
☐ At least one of the debtors and another               **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community              ☐ Student loans
debt**                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims

■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                    ■ Other. Specify   **Interest in crypto account in possession of**
                                                                            **receiver**

---

Debtor 1  **Nathan Alexander Fuller**                                                   Case number (if known) _____

---

| 4.7 4 | **Jarrett Pearson** | | Last 4 digits of account number _____ | | **$7,500.00** |

Nonpriority Creditor's Name
**3363 Bachelor St**
**Atlanta, GA 30344**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify  **Interest in crypto account in possession of receiver**

---

| 4.7 5 | **Jaz Thomas** | | Last 4 digits of account number _____ | | **$2,000.00** |

Nonpriority Creditor's Name
**4127 Monticello Terrace Ln**
**Katy, TX 77449**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify  **Interest in crypto account in possession of receiver**

---

| 4.7 6 | **Jennifer Herman** | | Last 4 digits of account number _____ | | **$52,000.00** |

Nonpriority Creditor's Name
**12719 Azalea Creek Trl**
**Houston, TX 77065**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify  **Interest in crypto account in possession of receiver**

---

Debtor 1    **Nathan Alexander Fuller**                                            Case number (if known) _____

---

**4.7 7**

**Jeremy Beard**                                    Last 4 digits of account number _____    **$20,000.00**
Nonpriority Creditor's Name
**20722 Round Key Dr**                              When was the debt incurred? _____
**Hockley, TX 77447**
Number Street City State Zip Code                   As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                     ☐ Contingent
☐ Debtor 2 only                                     ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ☐ Disputed
☐ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a community            ☐ Student loans
debt                                                ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                     report as priority claims

■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                               ■ Other. Specify   **Interest in crypto account in possession of receiver**

---

**4.7 8**

**Jessica Trujillo**                                Last 4 digits of account number _____    **$20,000.00**
Nonpriority Creditor's Name
**4819 Glenvillage St**                             When was the debt incurred? _____
**Houston, TX 77084**
Number Street City State Zip Code                   As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                     ☐ Contingent
☐ Debtor 2 only                                     ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ☐ Disputed
☐ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a community            ☐ Student loans
debt                                                ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                     report as priority claims

■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                               ■ Other. Specify   **Interest in crypto account in possession of receiver**

---

**4.7 9**

**JK Capital Partners LLC**                         Last 4 digits of account number _____    **$1,925,000.00**
Nonpriority Creditor's Name
**C/O Farmer & Coker, PLLC.**                        When was the debt incurred? _____
**400 S. Zang Blvd., Suite 350**
**Dallas, TX 75208**
Number Street City State Zip Code                   As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                     ☐ Contingent
☐ Debtor 2 only                                     ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ☐ Disputed
☐ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a community            ☐ Student loans
debt                                                ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                     report as priority claims

■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                    **C.A. DC-24-08435; F2 Equities, LLC. v.
                                                    Privvy Investments, LLC., 134th Judicial
                                                    District, Dallas County, Texas; Interest in
                                                    crypto account in possession of receiver.**
☐ Yes                                               ■ Other. Specify   **Cross Ref as listed separately**

---

Debtor 1   **Nathan Alexander Fuller**                                      Case number (if known) _____

---

**4.8 0**

| | |
|---|---|
| **JK Capital Partners LLC** | Last 4 digits of account number _____    $1.00 |
| Nonpriority Creditor's Name | |
| **9006 Willow Springs Ln** | When was the debt incurred? _____ |
| **Conroe, TX 77302** | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply |
| **Who incurred the debt?** Check one. | |

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                    ■ Other. Specify **C.A. DC-24-08435; F2 Equities, LLC. v. Privvy Investments, LLC., 134th Judicial District, Dallas County, Texas; Interest in crypto account in possession of receiver. Cross Ref as listed separately**

---

**4.8 1**

| | |
|---|---|
| **Joel Farr** | Last 4 digits of account number _____    $5,000.00 |
| Nonpriority Creditor's Name | |
| **unknown** | When was the debt incurred? _____ |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply |
| **Who incurred the debt?** Check one. | |

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                    ■ Other. Specify **Interest in crypto account in possession of receiver**

---

**4.8 2**

| | |
|---|---|
| **John Vallery** | Last 4 digits of account number _____    $5,000.00 |
| Nonpriority Creditor's Name | |
| **13411 Cricklewood Creek Ln** | When was the debt incurred? _____ |
| **Houston, TX 77083** | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply |
| **Who incurred the debt?** Check one. | |

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                    ■ Other. Specify **Interest in crypto account in possession of receiver**

---

Debtor 1  **Nathan Alexander Fuller**                                    Case number (if known) _____

| 4.8 3 | **Jose Aguilar** | | | | |

**Jose Aguilar**
Nonpriority Creditor's Name

**unknown**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        **$15,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Interest in crypto account in possession of receiver**

---

| 4.8 4 | **Josef Roberts** |

**Josef Roberts**
Nonpriority Creditor's Name

**unknown**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        **$5,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Interest in crypto account in possession of receiver**

---

| 4.8 5 | **Joshua Scott** |

**Joshua Scott**
Nonpriority Creditor's Name

**7619 Roebourne Ln**
**Houston, TX 77070**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        **$12,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Interest in crypto account in possession of receiver**

---

Debtor 1   **Nathan Alexander Fuller**

Case number (if known) _____

| 4.8 6 | **Joshua Wheat** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**9519 Brannok Ln
Tomball, TX 77375**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **$10,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Interest in crypto account in possession of receiver**

| 4.8 7 | **Joslyn Truitt** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**unknown**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **$10,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Interest in crypto account in possession of receiver**

| 4.8 8 | **Justin Bigsby** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**603A N Pine St
Rosharon, TX 77583**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     **$3,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Interest in crypto account in possession of receiver**

Debtor 1   **Nathan Alexander Fuller**

Case number (if known) _____

---

**4.89**

**Katelyn Parrish**
Nonpriority Creditor's Name
**18143 Calcaterra Ct**
**Cypress, TX 77429**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**Last 4 digits of account number** _____   **$30,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Interest in crypto account in possession of receiver**

---

**4.90**

**Keila Leal**
Nonpriority Creditor's Name
**19114 Brindled Bay Ct**
**Tomball, TX 77377**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**Last 4 digits of account number** _____   **$3,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Interest in crypto account in possession of receiver**

---

**4.91**

**Kelly Leger**
Nonpriority Creditor's Name
**14807 Bluffridge Cir**
**Houston, TX 77095**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**Last 4 digits of account number** _____   **$10,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   _____

---

Debtor 1  **Nathan Alexander Fuller**                                    Case number (if known) _____

---

**4.92**

| **Kyriakos Likakis** | Last 4 digits of account number _____ | **$5,000.00** |

Nonpriority Creditor's Name
**936 Shepard Ave North**
**North Brunswick, NJ 08902**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Interest in crypto account in possession of receiver**

---

**4.93**

| **LaDonna Yates** | Last 4 digits of account number _____ | **$10,000.00** |

Nonpriority Creditor's Name
**2016 Main St Apt 1003**
**Houston, TX 77002**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Interest in crypto account in possession of receiver**

---

**4.94**

| **Laura Ivester** | Last 4 digits of account number _____ | **$40,000.00** |

Nonpriority Creditor's Name
**10679 Timber Stand St # 10679**
**Las Vegas, NV 89183**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Interest in crypto account in possession of receiver**

---

Debtor 1   **Nathan Alexander Fuller**                                Case number (if known) _____

| 4.9 5 | **Linda Leal** | Last 4 digits of account number _____ | **$2,500.00** |

Nonpriority Creditor's Name

**21407 Chester Cliff Ln**
**Katy, TX 77449**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Interest in crypto account in possession of receiver**

---

| 4.9 6 | **Lisa Gonzalez** | Last 4 digits of account number _____ | **$5,000.00** |

Nonpriority Creditor's Name

**19819 Rose Dawn Ln**
**Spring, TX 77379**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Interest in crypto account in possession of receiver**

---

| 4.9 7 | **Luke Dildly** | Last 4 digits of account number _____ | **$21,000.00** |

Nonpriority Creditor's Name

**13630 Treebank Ln**
**Houston, TX 77070**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Interest in crypto account in possession of receiver**

---

Debtor 1  **Nathan Alexander Fuller**                                  Case number (if known) _____

| 4.9<br>8 | **Mallory Buckner** | | **Last 4 digits of account number** _____ | **$10,000.00** |

Nonpriority Creditor's Name
**9519 Brannok Ln**
**Tomball, TX 77375**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Interest in crypto account in possession of receiver**

---

| 4.9<br>9 | **Marcelyn Elam** | | **Last 4 digits of account number** _____ | **$5,000.00** |

Nonpriority Creditor's Name
**5111 Saxon Dr**
**Houston, TX 77092**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Interest in crypto account in possession of receiver**

---

| 4.1<br>00 | **Marcus Wiley** | | **Last 4 digits of account number** _____ | **$50,000.00** |

Nonpriority Creditor's Name
**1614 Holman St**
**Houston, TX 77004**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Interest in crypto account in possession of receiver**

---

Debtor 1  **Nathan Alexander Fuller**

Case number (if known) _____

---

**4.1
01**

**Maria Frias**
Nonpriority Creditor's Name
**19211 Caledonia Dr**
**Katy, TX 77449**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____      **$10,000.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Interest in crypto account in possession of receiver**

---

**4.1
02**

**Marisa Arce**
Nonpriority Creditor's Name
**1305 Yorktown St**
**Richmond, TX 77469**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____      **$3,000.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Interest in crypto account in possession of receiver**

---

**4.1
03**

**Mark Swist**
Nonpriority Creditor's Name
**1958 W Gray St Apt 1114**
**Houston, TX 77019**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____      **$25,000.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Interest in crypto account in possession of receiver**

---

Debtor 1  **Nathan Alexander Fuller**                                              Case number *(if known)* _____

| 4.1 04 | **Marlon Castro** | Last 4 digits of account number _____ | **$7,500.00** |

Nonpriority Creditor's Name

**unknown**
_____
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Other. Specify  **Interest in crypto account in possession of receiver**

---

| 4.1 05 | **Mary Lue Kopech** | Last 4 digits of account number _____ | **$120,000.00** |

Nonpriority Creditor's Name

**8007 Bova Rd**
**Houston, TX 77064**
_____
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Other. Specify  **Interest in crypto account in possession of receiver**

---

| 4.1 06 | **Matthew Modesette** | Last 4 digits of account number _____ | **$25,000.00** |

Nonpriority Creditor's Name

**14244 SW Gold Coast Ter**
**Portland, OR 97224**
_____
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Other. Specify  **Interest in crypto account in possession of receiver**

---

Debtor 1   **Nathan Alexander Fuller**                                    Case number (if known) _____

| 4.1 07 | **Megan Parsons** | Last 4 digits of account number _____ | $7,500.00 |

Nonpriority Creditor's Name
**22707 Cosburn Ln**
**Tomball, TX 77375**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Interest in crypto account in possession of receiver**

---

| 4.1 08 | **Melanie Dillon** | Last 4 digits of account number _____ | $5,000.00 |

Nonpriority Creditor's Name
**2256 Leon C Simon Dr**
**New Orleans, LA 70122**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Interest in crypto account in possession of receiver**

---

| 4.1 09 | **Mia Wallace** | Last 4 digits of account number _____ | $5,000.00 |

Nonpriority Creditor's Name
**801 Lake Carolyn Pkwy Apt 3041**
**Irving, TX 75039**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Interest in crypto account in possession of receiver**

---

Debtor 1   **Nathan Alexander Fuller**                                  Case number (if known) _____

| 4.1 10 | **Michael Espinoza** | Last 4 digits of account number _____ | $25,000.00 |

Nonpriority Creditor's Name
**19534 Grand Colony Ct**
**Katy, TX 77449**

Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
□ Yes

As of the date you file, the claim is: Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

Type of NONPRIORITY unsecured claim:

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Interest in crypto account in possession of receiver**

---

| 4.1 11 | **Michael Herrera** | Last 4 digits of account number _____ | $4,000.00 |

Nonpriority Creditor's Name

**unknown**

Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
□ Yes

As of the date you file, the claim is: Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

Type of NONPRIORITY unsecured claim:

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Interest in crypto account in possession of receiver**

---

| 4.1 12 | **Mike Stockton** | Last 4 digits of account number _____ | $20,000.00 |

Nonpriority Creditor's Name
**12702 Bounty Ln**
**Tomball, TX 77377**

Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
□ Yes

As of the date you file, the claim is: Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

Type of NONPRIORITY unsecured claim:

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Interest in crypto account in possession of receiver**

---

Debtor 1   **Nathan Alexander Fuller**                    Case number (if known) _____

| 4.1 13 | **Mike Trekell** | | Last 4 digits of account number _____ | **$1,000.00** |

Nonpriority Creditor's Name
**12847 Carvel Ln**
**Houston, TX 77072**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Interest in crypto account in possession of receiver**

---

| 4.1 14 | **Milana Moshero** | | Last 4 digits of account number _____ | **$20,000.00** |

Nonpriority Creditor's Name
**1258 E Charleston Ave**
**Phoenix, AZ 85022**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Interest in crypto account in possession of receiver**

---

| 4.1 15 | **Mohammad Honari** | | Last 4 digits of account number _____ | **$80,000.00** |

Nonpriority Creditor's Name
**1600 S Maryland Pkwy**
**Las Vegas, NV 89104**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Interest in crypto account in possession of receiver**

---

Debtor 1  **Nathan Alexander Fuller**                                    Case number (if known) _____

| 4.1 16 | | | |
|---|---|---|---|

**Myra Hill** _____
Nonpriority Creditor's Name
**8014 Downington Ct**
**Spring, TX 77379**
Number Street City State Zip Code

**Last 4 digits of account number** _____          **$3,000.00**

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Interest in crypto account in possession of receiver**

---

| 4.1 17 | | | |
|---|---|---|---|

**Nate Gordon** _____
Nonpriority Creditor's Name
**18118 Crown Lake Cir**
**Spring, TX 77379**
Number Street City State Zip Code

**Last 4 digits of account number** _____          **$27,000.00**

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Interest in crypto account in possession of receiver**

---

| 4.1 18 | | | |
|---|---|---|---|

**Nick Brown** _____
Nonpriority Creditor's Name
**3300 Harvest Time Cv**
**Austin, TX 78754**
Number Street City State Zip Code

**Last 4 digits of account number** _____          **$16,500.00**

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Interest in crypto account in possession of receiver**

---

Debtor 1   **Nathan Alexander Fuller**                                                    Case number (if known) _____

| 4.1 19 | | |
|---|---|---|

**Niesha Jones**
Nonpriority Creditor's Name

**unknown**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____        **$5,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Interest in crypto account in possession of receiver**

---

| 4.1 20 | | |
|---|---|---|

**Nina Durr**
Nonpriority Creditor's Name

**14819 Cross Stone Ct**
**Cypress, TX 77429**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____        **$5,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Interest in crypto account in possession of receiver**

---

| 4.1 21 | | |
|---|---|---|

**Noble Attorney LLC**
Nonpriority Creditor's Name

**2822 Pine Tree Dr Apt 2**
**Miami Beach, FL 33140**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____        **$5,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Interest in crypto account in possession of receiver**

---

Debtor 1    **Nathan Alexander Fuller**

Case number (if known) _____

| 4.1 22 | |
|---|---|

**Opportunity Holdings LLC**
Nonpriority Creditor's Name
**4311 Oakwood Ln**
**West Des Moines, IA 50265**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____        **$3,170,000.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Interest in crypto account in possession of receiver**

---

| 4.1 23 | |
|---|---|

**Phillip Feiner**
Nonpriority Creditor's Name
**18019 San Gabriel Glen Dr**
**Cypress, TX 77433**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____        **$25,000.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Interest in crypto account in possession of receiver**

---

| 4.1 24 | |
|---|---|

**Phillip Manuel**
Nonpriority Creditor's Name
**unknown**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____        **$20,000.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Interest in crypto account in possession of receiver**

---

Debtor 1  **Nathan Alexander Fuller**                                      Case number (if known) _____

---

| 4.1 25 | **Phillip Yates** | Last 4 digits of account number _____ | $10,000.00 |

Nonpriority Creditor's Name
**2016 Main St Apt 1003**
**Houston, TX 77002**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

When was the debt incurred? _____

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

**Check if this claim is for a community debt**

☐ Disputed

**Is the claim subject to offset?**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Interest in crypto account in possession of receiver**

---

| 4.1 26 | **Purnell Lewis** | Last 4 digits of account number _____ | $10,000.00 |

Nonpriority Creditor's Name
**7316 Dogwood Dr**
**New Orleans, LA 70126**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

When was the debt incurred? _____

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

**Check if this claim is for a community debt**

☐ Disputed

**Is the claim subject to offset?**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Interest in crypto account in possession of receiver**

---

| 4.1 27 | **Rachel Weber** | Last 4 digits of account number _____ | $8,800.00 |

Nonpriority Creditor's Name
**11307 Angelique Dr**
**Houston, TX 77065**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

When was the debt incurred? _____

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

**Check if this claim is for a community debt**

☐ Disputed

**Is the claim subject to offset?**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Interest in crypto account in possession of receiver**

---

Debtor 1    **Nathan Alexander Fuller**                                              Case number (if known) _____

| | | | |
|---|---|---|---|
| 4.1 28 | **Raymond F Harkness** | Last 4 digits of account number _____ | $25,000.00 |

Nonpriority Creditor's Name
**6553 Monte Bello Ridge Ln**
**Houston, TX 77041**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Interest in crypto account in possession of receiver**

---

| | | | |
|---|---|---|---|
| 4.1 29 | **Reagan Phillips** | Last 4 digits of account number _____ | $35,000.00 |

Nonpriority Creditor's Name
**30457 Butternut Oak Ln**
**Magnolia, TX 77355**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Interest in crypto account in possession of receiver**

---

| | | | |
|---|---|---|---|
| 4.1 30 | **Reality Real Estate LLC** | Last 4 digits of account number _____ | $50,000.00 |

Nonpriority Creditor's Name
**37140 29th Pl E**
**Palmdale, CA 93550**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Interest in crypto account in possession of receiver**

---

Debtor 1  **Nathan Alexander Fuller**

Case number (if known) _____

| 4.1 31 | **Regus** | **Last 4 digits of account number** _____ | $729.67 |

Nonpriority Creditor's Name

**1177 Avenue of the Americas, 5th Floor**
**New York, NY 10036**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Rent**

---

| 4.1 32 | **Reva Smith** | **Last 4 digits of account number** _____ | $13,000.00 |

Nonpriority Creditor's Name

**15807 Jamie Lee Drive**
**Houston, TX 77095**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Interest in crypto account in possession of receiver**

---

| 4.1 33 | **Robert Basulto** | **Last 4 digits of account number** _____ | $21,834.00 |

Nonpriority Creditor's Name

**7574 Garden Galley St**
**Las Vegas, NV 89139**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Interest in crypto account in possession of receiver**

---

Debtor 1  **Nathan Alexander Fuller**                                    Case number (if known) _____

| 4.1 34 | **Romina Anastasescu** | Last 4 digits of account number _____ | **$20,000.00** |

Nonpriority Creditor's Name
**601 NE 36th St Apt 2809**
**Miami, FL 33137**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Interest in crypto account in possession of receiver**

---

| 4.1 35 | **Samuel Gonzalez** | Last 4 digits of account number _____ | **$20,000.00** |

Nonpriority Creditor's Name
**19819 Rose Dawn Ln**
**Spring, TX 77379**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Interest in crypto account in possession of receiver**

---

| 4.1 36 | **Sbeyde Ruiz** | Last 4 digits of account number _____ | **$150,000.00** |

Nonpriority Creditor's Name
**10521 Lessona St**
**Las Vegas, NV 89141**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Interest in crypto account in possession of receiver**

---

Debtor 1   **Nathan Alexander Fuller**                                    Case number (if known) _____

| 4.1 37 | **Shae Smith** | | Last 4 digits of account number _____ | $3,000.00 |

Nonpriority Creditor's Name

**15807 Jamie Lee Drive**
**Houston, TX 77095**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Interest in crypto account in possession of receiver**

---

| 4.1 38 | **Shane Taylor** | | Last 4 digits of account number _____ | $10,700.00 |

Nonpriority Creditor's Name

**531 Promenade Blvd**
**Katy, TX 77450**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Interest in crypto account in possession of receiver**

---

| 4.1 39 | **Shawn Thomas** | | Last 4 digits of account number _____ | $10,000.00 |

Nonpriority Creditor's Name

**unknown**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Interest in crypto account in possession of receiver**

---

Debtor 1  **Nathan Alexander Fuller**                              Case number (if known) _____

---

| 4.1 40 | **Shelby Kerr** | Last 4 digits of account number _____ | **$6,000.00** |

Nonpriority Creditor's Name

**8311 Sparkling Springs Dr**
**Houston, TX 77095**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Interest in crypto account in possession of receiver**

---

| 4.1 41 | **Shonnette Lewis** | Last 4 digits of account number _____ | **$5,000.00** |

Nonpriority Creditor's Name

**4539 Russet Leaf Trace**
**Spring, TX 77379**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Interest in crypto account in possession of receiver**

---

| 4.1 42 | **Spergon Wynn** | Last 4 digits of account number _____ | **$25,000.00** |

Nonpriority Creditor's Name

**5018 Jason St**
**Houston, TX 77096**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Interest in crypto account in possession of receiver**

---

Debtor 1  **Nathan Alexander Fuller**                    Case number (if known) _____

---

| 4.1 43 | |
|---|---|

**SPS**                                                  Last 4 digits of account number _____       **$40,000.00**

Nonpriority Creditor's Name
**20919 Summer Trace Ln**                                When was the debt incurred? _____
**Spring, TX 77379**

Number Street City State Zip Code                        **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                          ☐ Contingent

☐ Debtor 2 only                                          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                             ☐ Disputed

☐ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**             ☐ Student loans
**debt**
                                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                          report as priority claims

■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                    ■ Other. Specify   **Interest in crypto account in possession of receiver**

---

| 4.1 44 | |
|---|---|

**Stephen Danilov**                                      Last 4 digits of account number _____       **$25,000.00**

Nonpriority Creditor's Name
**19527 Keesey Creek Circle**                            When was the debt incurred? _____
**Cypress, TX 77433**

Number Street City State Zip Code                        **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                          ☐ Contingent

☐ Debtor 2 only                                          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                             ☐ Disputed

☐ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**             ☐ Student loans
**debt**
                                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                          report as priority claims

■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                    ■ Other. Specify   **Interest in crypto account in possession of receiver**

---

| 4.1 45 | |
|---|---|

**Stephen Schwartz**                                     Last 4 digits of account number _____       **$10,000.00**

Nonpriority Creditor's Name
**15410 Cabot Ridge Ln**                                 When was the debt incurred? _____
**Cypress, TX 77429**

Number Street City State Zip Code                        **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                          ☐ Contingent

☐ Debtor 2 only                                          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                             ☐ Disputed

☐ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**             ☐ Student loans
**debt**
                                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                          report as priority claims

■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                    ■ Other. Specify   **Interest in crypto account in possession of receiver**

---

Debtor 1  **Nathan Alexander Fuller**                                         Case number (if known) _____

| 4.1 46 | **Sterling Smith** | Last 4 digits of account number _____ | **$5,000.00** |

Nonpriority Creditor's Name
**24018 Adobe Ridge Ln**
**Katy, TX 77493**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Interest in crypto account in possession of receiver**

---

| 4.1 47 | **Steve Lehr** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name
**3712 Plum Blossom Ct**
**Las Vegas, NV 89129**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Interest in crypto account in possession of receiver**

---

| 4.1 48 | **Steven Bentham II** | Last 4 digits of account number _____ | **$20,000.00** |

Nonpriority Creditor's Name
**21610 Amber Grain Ln**
**Cypress, TX 77433**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Interest in crypto account in possession of receiver**

---

Debtor 1  **Nathan Alexander Fuller**                                    Case number (if known) _____

| 4.1 49 | **Steven Morrison** | Last 4 digits of account number _____ | **$4,000.00** |

Nonpriority Creditor's Name
**9428 Caddo Ridge Ln**
**Cypress, TX 77433**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

☑ No

☐ Yes

☑ Other. Specify  **Interest in crypto account in possession of receiver**

---

| 4.1 50 | **Susan Kent** | Last 4 digits of account number _____ | **$5,000.00** |

Nonpriority Creditor's Name
**14803 E Ginger Spice Ct**
**Cypress, TX 77433**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

☑ No

☐ Yes

☑ Other. Specify  **Interest in crypto account in possession of receiver**

---

| 4.1 51 | **Teo Subasic** | Last 4 digits of account number _____ | **$20,000.00** |

Nonpriority Creditor's Name
**2900 N 79th St**
**Kansas City, KS 66109**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

☑ No

☐ Yes

☑ Other. Specify  **Interest in crypto account in possession of receiver**

---

Debtor 1    **Nathan Alexander Fuller**                                      Case number (if known) _____

| 4.1 52 | **Terrance Wilson** | | Last 4 digits of account number _____ | **$5,000.00** |

Nonpriority Creditor's Name
**309 Oak Hollow Way**
**Little Elm, TX 75068**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Interest in crypto account in possession of receiver**

---

| 4.1 53 | **Terry Allen** | | Last 4 digits of account number _____ | **$5,000.00** |

Nonpriority Creditor's Name

**unknown**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Interest in crypto account in possession of receiver**

---

| 4.1 54 | **Thayz Taqi** | | Last 4 digits of account number _____ | **$10,000.00** |

Nonpriority Creditor's Name
**18600 S Parkview Dr Apt 1111**
**Houston, TX 77084**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Interest in crypto account in possession of receiver**

---

Debtor 1   **Nathan Alexander Fuller**                    Case number *(if known)*

---

| 4.1 55 | | |
|---|---|---|

**Timothy Reddell Jr**

Last 4 digits of account number _____    **$100,000.00**

Nonpriority Creditor's Name
**3114 Shallow Creek Dr**
**Corpus Christi, TX 78410**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify   **Interest in crypto account in possession of receiver**

---

| 4.1 56 | | |
|---|---|---|

**Timothy Redell Sr.**

Last 4 digits of account number _____    **$450,000.00**

Nonpriority Creditor's Name
**8802 Oshkosh Dr**
**Corpus Christi, TX 78414**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify   **Interest in crypto account in possession of receiver**

---

| 4.1 57 | | |
|---|---|---|

**Tommy Muller**

Last 4 digits of account number _____    **$20,000.00**

Nonpriority Creditor's Name
**11719 Dakar Dr**
**Houston, TX 77065**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify   **Interest in crypto account in possession of receiver**

---

Debtor 1   **Nathan Alexander Fuller**                                        Case number (if known) _____

| 4.1 58 | | | |
|---|---|---|---|

**Viayney Gil**

Nonpriority Creditor's Name

**16322 Melody View Ct**
**Cypress, TX 77429**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____     **$10,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Interest in crypto account in possession of receiver**

---

| 4.1 59 | | | |
|---|---|---|---|

**Walter Macapaz**

Nonpriority Creditor's Name

**unknown**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____     **$3,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Interest in crypto account in possession of receiver**

---

| 4.1 60 | | | |
|---|---|---|---|

**Wayne McCormick**

Nonpriority Creditor's Name

**20731 Westfield Grove Pl**
**Katy, TX 77449**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____     **$5,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Interest in crypto account in possession of receiver**

---

Debtor 1  **Nathan Alexander Fuller**

Case number (if known) _____

---

| 4.1 | |
|---|---|
| 61 | |

**Wendell Scott**
Nonpriority Creditor's Name

**2020 Eldridge Pkwy Apt 4403**
**Houston, TX 77077**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____              **$15,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Interest in crypto account in possession of receiver**

---

| 4.1 | |
|---|---|
| 62 | |

**Wilfredo Castro**
Nonpriority Creditor's Name

**unknown**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____              **$7,500.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Interest in crypto account in possession of receiver**

---

| 4.1 | |
|---|---|
| 63 | |

**William Piatt**
Nonpriority Creditor's Name

**15103 Heron Meadow Ln**
**Cypress, TX 77429**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____              **$9,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Interest in crypto account in possession of receiver**

---

Debtor 1   **Nathan Alexander Fuller**                                         Case number (if known) _____

| 4.1 64 | | |
|---|---|---|

**William Vannoy**                          Last 4 digits of account number _____          **$3,000.00**
Nonpriority Creditor's Name

**unknown**                                  When was the debt incurred? _____

Number Street City State Zip Code          As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                             ☐ Contingent
☐ Debtor 2 only                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only              ☐ Disputed
☐ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**            report as priority claims
■ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
                                           ■ Other. Specify  **Interest in crypto account in possession of**
☐ Yes                                                        **receiver**

---

| 4.1 65 | | |
|---|---|---|

**Willis Parrish**                          Last 4 digits of account number _____          **$5,000.00**
Nonpriority Creditor's Name
**8007 Bova Rd**
**Houston, TX 77064-5000**                  When was the debt incurred? _____
Number Street City State Zip Code          As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                             ☐ Contingent
☐ Debtor 2 only                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only              ☐ Disputed
☐ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**            report as priority claims
■ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
                                           ■ Other. Specify  **Interest in crypto account in possession of**
☐ Yes                                                        **receiver**

---

| 4.1 66 | | |
|---|---|---|

**Yasmine Amouri**                          Last 4 digits of account number _____          **$200,000.00**
Nonpriority Creditor's Name
**6365 Cameo Cove Ave**
**Las Vegas, NV 89139**                     When was the debt incurred? _____
Number Street City State Zip Code          As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                             ☐ Contingent
☐ Debtor 2 only                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only              ☐ Disputed
☐ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**            report as priority claims
■ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
                                           ■ Other. Specify  **Interest in crypto account in possession of**
☐ Yes                                                        **receiver**

---

Debtor 1    **Nathan Alexander Fuller**                          Case number (if known) _____

<table>
<tr><td>4.1<br>67</td><td><b>Zoltan B Csengeri</b><br>Nonpriority Creditor's Name<br><b>69 Contrada Fiore Dr<br>Henderson, NV 89011</b><br>Number Street City State Zip Code</td><td>Last 4 digits of account number _____<br><br>When was the debt incurred? _____</td><td>$25,000.00</td></tr>
</table>

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Interest in crypto account in possession of receiver**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 836,177.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 836,177.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 12,593,600.67 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 12,593,600.67 |

**Fill in this information to identify your case:**

Debtor 1    **Nathan Alexander Fuller**
_____
First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)  _____
First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS
_____

Case number
(if known)    _____

■ Check if this is an
  amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                            12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ☐ No
    ■ Yes.

    In which community state or territory did you live?    **Texas** _____ . Fill in the name and current address of that person.

    **Ashley Fuller**                                    **Parties were separated in 2015 and**
    **15518 Kerrville Ct.**                               **Divorce was finalized in 2017**
    **Cypress, TX 77429**
    _____
    Name of your spouse, former spouse, or legal equivalent

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1 _____<br>Name<br><br>_____<br>Number     Street<br>City          State          ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| 3.2 _____<br>Name<br><br>_____<br>Number     Street<br>City          State          ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |