Kaitlyn M. Coker
State Bar No. 241152641
Farmer & Coker, PLLC
901 Main Street, Suite 5330
Dallas, Texas 75202
Telephone: (214) 242-9607

**ATTORNEYS FOR CREDITORS/MOVANTS**
**F2 EQUITIES, LLC, JK CAPITAL PARTNERS, LLC, AND**
**CANEI CAPITAL GROUP, LLC**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-34773 (JPN) |
| **Nathan Fuller and Privvy Investments,** | § | |
| **LLC, Debtors** | § | CHAPTER 7 |
| | § | (jointly administered) |

**CREDITOR'S MOTION FOR ORDER TO SHOW CAUSE WHY DEBTOR NATHAN FULLER SHOULD NOT BE HELD IN CONTEMPT FOR FAILURE TO COMPLY WITH ORDER GRANTING RULE 2004 EXAMINATION**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

F2 Equities LLC, Canei Capital Group LLC, and JK Capital Partners LLC (collectively, "Movants" or "Creditors") file this Motion for Order to Show Cause and respectfully state as follows:

**I. BACKGROUND**

1. On March 6, 2025, the Court entered an Order Granting Creditors' Motion for Rule 2004 Examination of the Debtor [Dkt. No. 76; Ex. A], directing Debtor Nathan Fuller ("Debtor") to appear for oral examination and produce documents pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure.

2. On March 17, 2025, the Court entered an Order Denying Debtor's Motion to Quash [Dkt. No. 79; Ex. B], affirming the enforceability of the 2004 subpoena and the document production requirements therein.

3. Movants made multiple good faith efforts to coordinate the examination, including communications with Debtor's counsel dated March 15, March 18, March 22, March 25, and March 29, 2025, and proposed to conduct the deposition on April 7, 2025 - the only date potentially acceptable to Debtor's counsel [Ex. C]. However, this date falls outside the timeline for compliance as ordered by the Court.

4. Despite the Movants' willingness to proceed on April 7, the Debtor has failed to produce a single document required under the Court's March 6 Order. Without such production, Movants are unable to meaningfully prepare for the deposition.

## II. ARGUMENT AND AUTHORITIES

5. The Court has authority under 11 U.S.C. § 105(a) to issue any order necessary or appropriate to carry out the provisions of the Bankruptcy Code, including sanctions for failure to comply with a court order. Additionally, Rule 9020 of the Federal Rules of Bankruptcy Procedure provides for contempt proceedings in contested matters, and the Court retains its inherent authority to enforce its orders and deter litigation misconduct.

6. Debtor's failure to produce the ordered documents constitutes a violation of a clear and specific Court order, without valid excuse. Under Rule 2004-1(g) of the Bankruptcy Local Rules for the Southern District of Texas, the Court may impose sanctions for such unreasonable resistance to discovery.

7. The Debtor's failure to comply frustrates Movants' legitimate discovery rights under Rule 2004, impeding their ability to assess the financial affairs and potential misconduct of the Debtor.

8. The requested examination and production of documents are necessary to investigate Debtor's financial affairs, business dealings, asset transfers, and potential fraudulent conveyances.

### III. REQUESTED RELIEF

WHEREFORE, Movants respectfully request that the Court:

1. Enter an Order to Show Cause directing Debtor Nathan Fuller to appear and show cause why he should not be held in contempt for his failure to comply with the Court's Rule 2004 Order;

2. Upon hearing, find the Debtor in civil contempt and impose appropriate sanctions, including but not limited to:

    a. Compelling immediate production of the documents;

    b. Requiring appearance for the Rule 2004 examination at a date certain;

    c. Awarding attorneys' fees and costs incurred by Movants in enforcing the Order;

    d. Any other relief the Court deems just and proper.

Respectfully submitted,

**FARMER & COKER, PLLC**

/s/*Kaitlyn M. Coker*
**KAITLYN M. COKER**
State Bar No. 24115264
kaitlyn@farmercoker.com

901 Main St., Ste. 5330
Dallas, Texas 75202
Tel:    (214) 242-9607

**ATTORNEYS FOR MOVANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of April, 2025, a true and correct copy of the foregoing Motion for Order to Show Cause, including all supporting exhibits, notice of hearing, and the proposed order, was served as follows:

**Via First-Class U.S. Mail pursuant to Federal Rule of Bankruptcy Procedure 7004(b)(1):**

Nathan Fuller
15518 Kerrville Ct.
Cypress, TX 77429

**Via CM/ECF and Email pursuant to Federal Rule of Bankruptcy Procedure 7005 and BLR 9013-1(d):**

Scott Khoa Bui
Pham & Bui, PLLC
9999 Bellaire Blvd., Suite 1122
Houston, TX 77036
Email: sbui@buinhanlaw.com

/s/*Kaitlyn M. Coker*
**KAITLYN M. COKER**