United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 12, 2025
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| NATHAN A. FULLER AND PRIVVY | § | |
| INVESTMENTS, LLC,[1] | § | Case No. 24-34773 (JPN) |
| | § | |
| Debtor. | § | (Jointly Administered) |

**ORDER GRANTING TRUSTEE'S MOTION TO COMPROMISE CONTROVERSY WITH ASHLEY R. FULLER AND KEAN MILLER LLP PURSUANT TO BANKRUPTCY RULE 9019**
(Relates to Doc. No. 174)

The Court has considered the Trustee's Motion to Compromise Controversy with Ashley R. Fuller ("Ashley Fuller") and Kean Miller LLP ("Kean Miller") pursuant to Bankruptcy Rule 9019 (the "Motion"). The Court has jurisdiction to hear and determine the Motion and to grant the relief requested therein, pursuant to 28 U.S.C. § 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The proposed compromise is fair, equitable, reasonable and in the best interests of the estate and its creditors and should be approved. The proposed compromise is a valid and sound exercise of the Trustee's business judgment. Adequate notice of the Motion has been given to creditors and parties-in-interest in this case. Accordingly, it is therefore:

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that within three (3) days from the entry of this Order, Ashley Fuller shall execute and deliver to the Trustee a general warranty deed transferring title of the Kerrville Property to the estate, substantially in the form attached hereto as **Exhibit A**.

---

[1] The Debtors in these chapter 7 cases are Nathan A. Fuller and Privvy Investments LLC (EIN 92-1827837).

1

17335001

**ORDERED** that Ashley Fuller may continue to reside at the Kerrville Property until August 15, 2025, and must vacate the Kerrville Property on that date; and it is further

**ORDERED** that the Trustee will not list the Kerrville Property for sale until August 16, 2025 or later; and it is further

**ORDERED** that while residing at the Kerrville Property, Ashley Fuller must maintain insurance on the Kerrville Property and must list the Trustee as an additional insured; and it is further

**ORDERED** that Ashley Fuller must provide all keys and access codes to the Trustee upon vacating the Kerrville Property; and it is further

**ORDERED** that all appliances, fixtures, and lighting must remain in the Kerrville Property and cannot be sold by Ashley Fuller; and it is further

**ORDERED** that Ashley Fuller must leave the Kerrville Property in broom-swept condition with the lawn maintained in reasonable condition upon move out; and it is further

**ORDERED** that the Trustee will retain 100% of the net sales proceeds from the sale of the Kerrville Property; and it is further

**ORDERED** that Ashley Fuller may sell personal property located in the Kerrville Property prior to moving out and will retain the sales proceeds from such personal property sales, or alternatively may keep such personal property; and it is further

**ORDERED** that Ashley Fuller waives any interest in the personal property left at the Kerrville House on August 15, 2025, which shall be deemed abandoned and the Trustee may dispose of or sell such property that remains in the Kerrville House past August 15, 2025; and it is further

**ORDERED** that the Trustee will retain 100% of the net sales proceeds from the sale of the Jeep vehicle referenced in the First Amended Complaint; and it is further

**ORDERED** that Ashley Fuller will respond to pending discovery requests by July 31, 2025, with the following limitations:

    a. Ashley Fuller is not required to respond to requests for admission;

    b. Ashley Fuller will answer only Interrogatories Nos. 1-9; and

    c. Ashley Fuller will produce documents responsive only to Requests for Production Nos. 1-4, 6-7, 11-12, 16-17, and 20; and it is further

**ORDERED** that Kean Miller LLP shall pay the estate $10,000 (the "KM Settlement Amount") within seven (7) days from the entry of this Order, which constitutes the full amount of all payments made by Ashley Fuller to Kean Miller (the "KM Payments"); and it is further

**ORDERED** that the Court affirmatively finds that the source of the KM Payments is property of the estate, and, upon the estate's receipt of the KM Settlement Amount, Kean Miller is released from any and all estate claims that are in any way related to the KM payments; and it is further

**ORDERED** that, upon receipt of the deed to the Kerrville Property and Ashley Fuller vacating the Kerrville Property in accordance with the terms set forth above, the Trustee will provide Ashley Fuller a limited release of any claims that have been or could have been asserted which are in anyway related to the Transfers related to the Kerrville Property and the Jeep only;[3] and it is further

---

[3] For the avoidance of doubt, the Trustee is not releasing Ashley Fuller of any transfers (whether known or unknown) which are not the specific Transfers in the adversary proceeding related to the purchases of the Kerrville Property and the Jeep.

3

17335001

**ORDERED** that the Trustee will not pursue claims for sanctions or disgorgement against Kean Miller LLP related to their representation of Ashley Fuller or the source of their retainer funds; and it is further

**ORDERED** that the Trustee will not oppose Kean Miller's withdrawal as counsel for Ashley Fuller; and it is further

**ORDERED** that except for the enforcement of the terms and provisions of this Order, and conditioned upon the Trustee's receipt of the deed and the $10,000 payment from Kean Miller described above, Ashley Fuller and Kean Miller shall be deemed to have released the Trustee and the estate from any and all claims related to the subject matter of this settlement.

Signed: August 12, 2025

Jeffrey P. Norman
United States Bankruptcy Judge

\*\*\*
Prepared and submitted by

    **Porter Hedges LLP**

By:   /s/ *Aaron J. Power*
      Aaron J. Power
      State Bar No. 24058058
      Adriana T. Young
      State Bar No. 24138188
      1000 Main Street, 36th Floor
      Houston, Texas 77002
      (713) 226-6000
      (713) 228-1331 (fax)
      Email: apower@porterhedges.com
            ayoung@porterhedges.com

    **Counsel for the Trustee**

17335001

# EXHIBIT A

**GENERAL WARRANTY DEED**

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

| | | |
|---|---|---|
| STATE OF TEXAS | § | |
| | § | KNOW ALL MEN BY THESE PRESENTS: |
| COUNTY OF HARRIS | § | |

That **ASHLEY PIATT FULLER**, being joined herein by **NATHAN ALEXANDER FULLER**, collectively herein called "Grantor", for and in consideration of the sum of Ten and No/100 Dollars ($10.00) and other valuable consideration to the undersigned paid by the Grantee herein named, the receipt of which is hereby acknowledged, has GRANTED, BARGAINED, SOLD AND CONVEYED, and by these presents does GRANT, BARGAIN, SELL AND CONVEY, unto **RONALD J. SOMMERS, CHAPTER 7 TRUSTEE**, of HARRIS County, Texas, herein called "Grantee", subject to the reservations hereinafter made, all of the following described real property located in HARRIS County, Texas, to-wit:

> **Lot 38, in Block 1, of ROCK CREEK SECTION 1, PARTIAL REPLAT NO. 1, a subdivision of Harris County, Texas, according to the map or plat thereof recorded under Film Code No. 469102 of the Map Records of Harris County, Texas, being commonly known as 15518 Kerrville Court, Cypress, Texas 77429, together with an undivided interest in the common elements thereof, together with the limited common elements appurtenant thereof.**

TO HAVE AND TO HOLD the above described premises, together with all and singular the rights and appurtenances thereto in anywise belonging unto the said Grantee, and unto Grantee's heirs, executors, administrators and assigns forever; and Grantor does hereby bind itself, its successors and assigns, to WARRANT AND FOREVER DEFEND

Page 1 of 3

all and singular the said premises unto the said Grantee, Grantee's heirs, executors, administrators and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the reservations from and exceptions to conveyance and warranty.

This conveyance is made and accepted subject to the following matters, to the extent same are in effect at this time:

> All valid and subsisting restrictions, reservations, conditions, limitations, covenants, exceptions, mineral conveyances, and easements properly of record in the Office of the County Clerk of Harris County, Texas, if any, affecting the above-described property.

EXECUTED to be EFFECTIVE as of the _____ day of August, 2025.

**GRANTOR:**

_____
ASHLEY PIATT FULLER


_____
NATHAN ALEXANDER FULLER

**Acknowledgement**

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

  Before me, _____, on this _____ day of _____, 2025, personally appeared ASHLEY PIATT FULLER, known to me or proved to me on the oath of _____ or through _____ (Description of identity card or other document) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed, on behalf of said limited partnership.

  [SEAL]

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

My Commission Expires:
_____

_____
Printed Name of Notary

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

  Before me, _____, on this _____ day of _____, 2025, personally appeared NATHAN ALEXANDER FULLER, known to me or proved to me on the oath of _____ or through _____ (Description of identity card or other document) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed, on behalf of said limited partnership.

  [SEAL]

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

My Commission Expires:
_____

_____
Printed Name of Notary

GRANTEE'S ADDRESS:

Nathan Sommers Jacobs, PC
Attn: Ronald J. Sommers
1400 Post Oak Blvd, Suite 300
Houston, Texas  77056

United States Bankruptcy Court
Southern District of Texas

| | |
|---|---|
| In re: | Case No. 24-34773-jpn |
| Nathan Alexander Fuller | Chapter 7 |
| Privvy Investments LLC d/b/a Investments | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 3 |
| Date Rcvd: Aug 12, 2025 | Form ID: pdf002 | Total Noticed: 8 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Nathan Alexander Fuller, Privvy Investments LLC d/b/a Investments, 15518 Kerrville Ct., Cypress, TX 77429-6092 |
| intp | + | Canei Capital Group LLC, 12505 MEMORIAL DR STE 330, Houston, TX 77024-6051 |
| intp | + | JK Capital Partners, LLC, 4200 RESEARCH FOREST DR SUITE 300, The Woodlands, TX 77381-4567 |
| cr | + | Sbeyde Ruiz-Ramirez, 10521 Lessons St, Las Vegas, CA 89141-0471 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 12 2025 21:05:00 | Conn Appliances, Inc., c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Aug 12 2025 21:06:00 | Cypress-Fairbanks ISD, Linebarger Goggan Blair & Sampson LLP, c/o Jeannie Lee Andresen, P.O. Box 3064, Houston, Tx 77253-3064 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Aug 12 2025 21:06:00 | Harris County ESD #09, Linebarger Goggan Blair & Sampson LLP, c/o Jeannie L. Andresen, PO Box 3064, Houston, TX 77253-3064 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Aug 12 2025 21:06:00 | Lone Star College System, Linebarger Goggan Blair & Sampson LLP, c/o Jeannie Lee Andresen, PO Box 3064, Houston, TX 77253-3064 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Albert 'Tre' Black, III |
| intp | | F2 Equities, LLC |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0541-4     User: ADIuser     Page 2 of 3
Date Rcvd: Aug 12, 2025     Form ID: pdf002     Total Noticed: 8

Date: Aug 14, 2025     Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2025 at the address(es) listed below:

**Name**     **Email Address**

Aaron J Power
on behalf of Plaintiff Ronald J. Sommers Chapter 7 Trustee apower@porterhedges.com, egarfias@porterhedges.com;ysanders@porterhedges.com

Aaron J Power
on behalf of Trustee Ronald J Sommers apower@porterhedges.com egarfias@porterhedges.com;ysanders@porterhedges.com

Aaron J Power
on behalf of Debtor Privvy Investments LLC d/b/a Investments apower@porterhedges.com egarfias@porterhedges.com;ysanders@porterhedges.com

Aaron Z Tobin
on behalf of Interested Party Albert 'Tre' Black III atobin@ctstlaw.com, jsteele@condontobin.com;nburns@condontobin.com;emensch@condontobin.com

Hector Duran, Jr
on behalf of U.S. Trustee US Trustee Hector.Duran.Jr@usdoj.gov

Jeannie Lee Andresen
on behalf of Creditor Cypress-Fairbanks ISD houston_bankruptcy@lgbs.com

Jeannie Lee Andresen
on behalf of Creditor Lone Star College System houston_bankruptcy@lgbs.com

Jeannie Lee Andresen
on behalf of Creditor Harris County ESD #09 houston_bankruptcy@lgbs.com

Kaitlyn Margaret Coker
on behalf of Interested Party Canei Capital Group LLC kaitlyn@farmercoker.com

Kaitlyn Margaret Coker
on behalf of Intervenor JK Capital Partners LLC kaitlyn@farmercoker.com

Kaitlyn Margaret Coker
on behalf of Plaintiff Canei Capital Group LLC kaitlyn@farmercoker.com

Kaitlyn Margaret Coker
on behalf of Intervenor F2 Equities LLC kaitlyn@farmercoker.com

Kaitlyn Margaret Coker
on behalf of Plaintiff F2 Equities LLC kaitlyn@farmercoker.com

Kaitlyn Margaret Coker
on behalf of Defendant Ashley R. Fuller kaitlyn@farmercoker.com

Kaitlyn Margaret Coker
on behalf of Interested Party JK Capital Partners LLC kaitlyn@farmercoker.com

Kaitlyn Margaret Coker
on behalf of Interested Party F2 Equities LLC kaitlyn@farmercoker.com

Kaitlyn Margaret Coker
on behalf of Intervenor Canei Capital Group LLC kaitlyn@farmercoker.com

Kaitlyn Margaret Coker
on behalf of Plaintiff Ronald J. Sommers Chapter 7 Trustee kaitlyn@farmercoker.com

London Margaret England
on behalf of Interested Party Albert 'Tre' Black III lengland@grayreed.com

Ronald J Sommers
on behalf of Trustee Ronald J Sommers efile@nathansommers.com RS@trustesolutions.com,RS@trustesolutions.net,pbuenano@nathansommers.com

Ronald J Sommers
efile@nathansommers.com RS@trustesolutions.com,RS@trustesolutions.net,pbuenano@nathansommers.com

Scott K. Bui
on behalf of Debtor Privvy Investments LLC d/b/a Investments sbui@buinhanlaw.com sbui@buinhanlaw.com

US Trustee

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 3 of 3 |
| Date Rcvd: Aug 12, 2025 | Form ID: pdf002 | Total Noticed: 8 |

            USTPRegion07.HU.ECF@USDOJ.GOV

Vianey Garza
            on behalf of U.S. Trustee US Trustee vianey.garza@usdoj.gov

Vianey Garza
            on behalf of Plaintiff Kevin M. Epstein  as United States Trustee for Region 7 vianey.garza@usdoj.gov

TOTAL: 25