United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 13, 2025
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| **NATHAN A. FULLER AND PRIVVY INVESTMENTS, LLC,**[1] | § | Case No. 24-34773 (JPN) |
| | § | |
| | § | (Jointly Administered) |
| Debtors. | § | |

### ORDER GRANTING APPLICATION TO EMPLOY REAL ESTATE BROKER AND AGENT
(Relates to Doc. No. 189)

**ON THIS DAY** came on to be considered the Application to Employ Real Estate Broker and Agent and after reviewing the pleadings; it is

**ORDERED** that Ronald J. Sommers, chapter 7 trustee (the "Trustee"), is authorized to employ Texas Real Estate Pro as broker and Paige Houston as real estate agent; it is further;

**ORDERED** that the Trustee is authorized to enter into the Residential Real Estate Listing Agreement attached to the Application under the terms and conditions set forth therein and as described in the Application; and it is further;

**ORDERED** that the Trustee is authorized to execute all documents necessary to carry out the intent of this Order and the Application.

Signed: September 13, 2025

Jeffrey P. Norman
United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases are Nathan A. Fuller and Privvy Investments LLC (EIN 92-1827837).

17363007v1