United States Bankruptcy Court
Southern District of Texas

**ENTERED**

October 02, 2025

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 24-34773** |
| **NATHAN ALEXANDER FULLER AND** | § | |
| **PRIVVY INVESTMENTS LLC D/B/A** | § | **CHAPTER 7** |
| **INVESTMENTS,** | § | |
| | § | |
| Debtors. | § | |
| | § | |
| **RONALD J. SOMMERS, CHAPTER 7** | § | |
| **TRUSTEE,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | **ADVERSARY NO. 24-3267** |
| | § | |
| **ASHLEY R. FULLER,** | § | |
| | § | |
| Defendant. | § | |

## ORDER DISMISSING ADVERSARY WITHOUT PREJUDICE

On February 18, 2025 (ECF No. 12) the Court held its pre-trial conference. That same day it entered its Order Scheduling Trial (ECF No. 13). That order provides in part: **"[n]o later than five (5) days before the date of trial**, the parties shall file with the Court a Pretrial Stipulation."[1] It further provides: "[**f]ailure to comply with the requirements of this order may result in dismissal of the action, default or other appropriate penalties**."

---

[1] The Pretrial Stipulation must contain: a. the basis of jurisdiction; b. a concise statement of the nature of the action; c. a brief, general statement of each party's case or contentions; d. a concise statement of those facts which are admitted and will require no proof at trial, together with any reservations directed to such admissions; e. a concise statement of those issues of law on which there is agreement; f. a concise statement of those issues of fact which remain to be litigated; g. a concise statement of those issues of law which remain for determination by the Court; h. a list of all exhibits to be offered at trial with notation of all objections thereto; i. a list of all witnesses who may be called at the trial and those witnesses who will be called at the trial and a brief statement as to what each witness will testify to; j. a list of depositions to be used at trial for purposes other than potential impeachment with identification of specific pages and lines proposed to be published to the trier of facts; and k. the signatures of counsel for all parties.

The parties have failed to abide by the pretrial order as they have failed to file the Pretrial Stipulation and as of the date of this order it is overdue. Additionally, trial is scheduled for Monday, October 6, 2025, and the court requires the stipulation for preparation. The Court is also aware that an order approving a compromise with the defendant, Ashley Fuller was entered in the underlying bankruptcy case on August 12, 2025 at ECF No. 188.  Accordingly, this adversary is dismissed without prejudice.

This adversary is closed. Any party may move to reopen the adversary to seek appropriate relief.

**SO ORDERED.**

Signed: October 02, 2025

Jeffrey P. Norman
United States Bankruptcy Judge